UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

_______________________________/

**MOTION TO SEAL**

Now comes the United States of America by Mark A. Totten, United States Attorney for the Western District of Michigan, and Timothy P. VerHey, Assistant United States Attorney, and moves this court to seal the Indictment in the above-entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court. The government asks that the U.S. Probation Department be excepted from the seal.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: 4/19/23

_______________________________
TIMOTHY P. VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: 4/25/2023

_______________________________
PHILLIP J. GREEN
United States Magistrate Judge
United States District Court