UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL ALEXANDER KUHL<br><br>Defendant. | Case No.: 1:23-cr-44<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>FILED UNDER SEAL |

TO: HONORABLE RAY KENT
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MICHIGAN

Now comes Timothy P. VerHey, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about April 26, 2023, an Indictment was returned against defendant charging him with Sexual Exploitation of a Minor in violation of 18 U.S.C. § 2251(a), (e) and Attempted Coercion and Enticement in violation of 18 U.S.C. § 2422(b).

2. That the defendant is presently incarcerated at Kalamazoo County Jail, and that he cannot be produced and appear before this Court for a hearing on August 15, 2023 without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Kalamazoo County Jail, and to each and all

of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on August 15, 2023 at 12:00 p.m. and after the conclusion of this case that said defendant be returned to the Sheriff, Kalamazoo County Jail.

MARK A. TOTTEN
United States Attorney

TIMOTHY P. VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable August 15, 2023, at 12:00 p.m. for an initial appearance before the Honorable Ray Kent, United States Magistrate Judge, in Grand Rapids, Michigan.

Dated: 7/27/23

RAY KENT
United States Magistrate Judge