UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:23−cr−00044−JMB

v. Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | First Appearance |
| Date/Time: | August 16, 2023 03:00 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*Continued from 8/11/23.*

RAY KENT
U.S. Magistrate Judge

Dated: August 11, 2023 By: /s/ Stephanie Carpenter
Courtroom Deputy