UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-044

Hon. Jane M. Beckering
United States District Judge

**CERTIFICATE IN ACCORDANCE WITH ADMINISTRATIVE ORDER NO. 15-RL-78**

Defense counsel has consulted with the Assistant United States Attorney in this matter, Timothy VerHey. AUSA VerHey has indicated that the government does not oppose the previously filed Motion for Competency Evaluation and Brief in Support. This Certificate is being filed in accordance with L. Crim. R. 12.4 and Administrative Order No. 15-RL-78.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated: August 16, 2023

/s/ Parker Douglas

PARKER DOUGLAS
Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420