UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23−cr−00044−JMB

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

**ORDER**

Defendant shall be transported by the U.S. Marshal to the designated place of psychological/psychiatric examination or hospitalization, MCC Chicago, with arrival no later than ten days from the date of this order.

IT IS SO ORDERED.

Dated: August 23, 2023

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge