**U.S. Department of Justice**
Federal Bureau of Prisons

*Metropolitan Correctional Center*

*Office of the Warden*

*Chicago, IL 60605*

September 6, 2023

**The Honorable Ray Kent**
**United States Magistrate Judge**
580 Federal Bldg.
100 Michigan St., NW
Grand Rapids, MI 49503

| | | |
|---|---|---|
| RE: | Name: | KUHL, Samuel Alexander |
| | Docket No.: | 23-CR-00044 |
| | Reg. No.: | 61189-510 |

Dear Judge Kent:

This letter is in response to your court order dated August 17, 2023, which committed Mr. Kuhl for an examination pursuant to Title 18, United States Code, § 4241. Mr. Kuhl was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on August 18, 2023, and he arrived at the institution on August 23, 2023.

The statute allows our psychology staff 30 days to complete the evaluation, plus a 15-day extension with good cause. In order to allow adequate time for a thorough and conclusive evaluation, an extension of time to complete the evaluation is requested. Should you grant this request, the evaluation will be complete by October 9, 2023, with the report routed to the court by October 30, 2023.

If you should have any questions regarding the evaluation, please contact Dr. Robin Watkins at (312) 322-0567 Ext. 1469. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Sincerely,

R. Maldonado
Warden