UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23−cr−00044−JMB

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
________________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | December 12, 2023 02:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*Counsel need only to appear.*

RAY KENT
U.S. Magistrate Judge

Dated: December 5, 2023

By: /s/ Stephanie Carpenter
Courtroom Deputy