UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:23−cr−00044−JMB

v. Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | December 11, 2023 11:00 AM<br>*(previously set for 12/12/23 @2:30 PM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*Counsel need only to appear.*

RAY KENT
U.S. Magistrate Judge

Dated: December 5, 2023 By: /s/ Stephanie Carpenter
Courtroom Deputy