UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | December 18, 2023 03:30 PM<br>*(previously set for 12/11/23 @11:00 AM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

RAY KENT
U.S. Magistrate Judge

Dated: December 11, 2023

By: /s/ Stephanie Carpenter
Courtroom Deputy