UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case no. 1:23-cr-44

Hon. Jane M. Beckering
United States District Judge

**DEFENDANT'S MOTION TO COMPEL TRANSPORT**

On December 27, 2023, this Honorable Court ordered that Samuel Kuhl be transported for restoration of competency, giving the government ten days for transportation. As of the day of filing of this motion, sixty-nine days has passed since the order, but Mr. Kuhl has not yet been transported. Mr. Kuhl, through his counsel Parker Douglas of the Office of the Federal Public Defender, respectfully requests that this Honorable Court compel the government to transport Mr. Kuhl as ordered by this Court.

On April 24, 2023, Mr. Kuhl was charged in a two-count Indictment with sexual exploitation of a minor and coercion and enticement and attempted coercion and enticement. (ECF No. 1, PageID.1-6). During his initial appearance on August 11, 2023, Magistrate Ray Kent expressed concerns about Mr. Kuhl's competency and requested that the parties delve further into that matter. On August 13, 2023, undersigned counsel was appointed to represent Mr. Kuhl. On August 15, 2023, the government filed a motion for determination of competency to stand trial. (ECF No. 15, PageID.23-29). Undersigned

counsel also filed a motion for competency determination on August 16, 2023. (ECF No. 16, PageID.30). At the continuation of initial appearance held on August 16, 2023, the Court granted the parties' motions. (ECF Nos. 19, 20, 21). Mr. Kuhl was committed to the custody of the Attorney General for a competency evaluation on August 17, 2023, (ECF No. 20, PageID.55-58).

Mr. Kuhl was transferred to the Metropolitan Correctional Center (MCC) in Chicago, Illinois, for evaluation and testing. On November 20, 2023, the Bureau of Prisons (BOP) issued a forensic report finding that Mr. Kuhl met the criteria for a mental disease, namely, Other Specified Schizophrenia Spectrum and Other Psychotic Disorder, that presently impaired his ability to understand the nature and consequences of the proceedings against him, and to assist properly in his defense. (ECF No. 23, PageID.62-85). At a status conference held on December 18, 2023, both parties accepted the BOP's report, and stipulated that Mr. Kuhl was incompetent. The Court found that Mr. Kuhl suffered from a mental disease that rendered him mentally incompetent to proceed. (ECF No. 28, PageID.90-92).

Having found Mr. Kuhl incompetent, Magistrate Judge Ray Kent ordered that Mr. Kuhl be committed to the custody of the Attorney General for restoration to competency pursuant to 18 U.S.C. § 4241(d) for a period not to exceed 120 days from the date of arrival at the treatment facility. (ECF No. 28, PageID.90-92). On December 27, 2023, the Court issued an order for transportation, ordering the U.S. Marshal to transport Mr. Kuhl to FMC Butner no later than ten days from the date of the order. (ECF No. 29, PageID.93). Sixty-nine days has passed since the Court's order. The government, however, has not yet

transported Mr. Kuhl. He is still in the Newaygo County Jail, awaiting restoration procedure. It is not known when Mr. Kuhl will be transported.

WHEREFORE, Mr. Samuel Kuhl respectfully requests that this Honorable Court issue an order compelling the government to transport Mr. Kuhl to a place of restoration.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated: March 5, 2024

/s/ Parker Douglas
PARKER DOUGLAS
Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420