UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:23−cr−00044−JMB

v. Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
________________________________/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel − #33 |
| Date/Time: | March 13, 2024 11:00 AM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*Counsel need only to appear.*

RAY KENT
U.S. Magistrate Judge

Dated: March 6, 2024 By: /s/ Stephanie Carpenter
Courtroom Deputy