UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:23−cr−00044−JMB

v. Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
_________________________________/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel − #33 |
| Date/Time: | March 14, 2024 02:00 PM *(previously set for 3/13/2024 @ 11:00 AM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*Counsel need only to appear.*

RAY KENT
U.S. Magistrate Judge

Dated: March 11, 2024 By: /s/ Stephanie Carpenter
Courtroom Deputy