UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23-cr-44

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________ /

**ORDER DENYING MOTION**

Pending before the Court is defendant's motion to compel transport (ECF No. 33) dated March 5, 2024. For the reasons more fully stated on the record during a hearing on the motion,

**IT IS HEREBY ORDERED** that the motion to compel transport (ECF No. 33) is **DENIED**.

Date: March 14, 2024

/s/ Ray Kent
RAY KENT
United States Magistrate Judge