**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 12, 2024

Mr. Thomas Benjamin Kuhl
710 Collins Street
Apartment 807
Kalamazoo, MI 49001

Re: Case No. 24-1506*, In re: Thomas Kuhl*
Originating Case No. 1:23-cr-00044-1

Dear Mr. Kuhl,

The petition for writ of mandamus has been docketed as case number **24-1506** with the caption listed above. If you have not already done so, you must mail a copy of the petition to the lower court judge and counsel for all the other parties.

The district court judge to whom this petition refers has been served with this letter.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018

cc: Ms. Ann E. Filkins