U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

June 20, 2024

The Honorable Judge Ray Kent
United States District Court
580 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

RE: KUHL, Samuel
Register Number: 61189-510
Docket Number: 1:23-cr-00044-JMB-1

Dear Judge Kent:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on June 17, 2024, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end October 14, 2024. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

Please be advised we have limited PACER access and therefore request ALL relevant court orders be emailed to j2richardson@bop.gov to ensure we are compliant with all court directives.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Jasmine Richardson, Health Services Assistant, at extension 5467.

Respectfully,

T. Scarantino, Complex Warden

cc: Timothy Peter VerHey, Assistant United States Attorney
Parker Douglas, Defense Attorney