*IN THE UNITED STATES DISTRICT COURT*
*FOR THE WESTERN DISTRICT OF MICHIGAN*
*SOUTHERN DIVISION*

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 1:23-cr-44

SAMUEL ALEXANDER KUHL,

Defendant.
____________________________________/

*OMNIBUS HEARING*

*BEFORE THE HONORABLE RAY KENT*
*United States Magistrate Judge*

*Grand Rapids, Michigan, August 11, 2023*

APPEARANCES:

For the Plaintiff: ERIN K. LANE
U.S. Attorney
330 Ionia Ave., NW
Grand Rapids, MI 49501
(616) 456-2404

For the Defendant: PARKER DOUGLAS
Federal Public Defender
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503
(616) 742-7420

REPORTED BY: TRISHA N. CAMERON, CSR, RMR, CRR, RDR
Federal Official Court Reporter
128 Federal Building
Lansing, Michigan 48933

Grand Rapids, Michigan
August 11, 2023
3:35 p.m.

*PROCEEDINGS*

THE CLERK: The United States District Court for the Western District of Michigan is now in session. The Honorable Ray Kent, United States Magistrate Judge, presiding. Please be seated.

THE COURT: This is 23-cr-44, United States versus Samuel -- is it Kuhl, Mr. Douglas?

MR. DOUGLAS: Kuhl, Your Honor.

THE COURT: Kuhl. Ms. Lane is here on behalf of the United States. Mr. Douglas on behalf of Mr. Kuhl.

Mr. Kuhl, we're here because the government is bringing criminal charges against you. I'm going to talk to you about the charges, the penalties, and some of your rights.

How far did you get in school, Mr. Kuhl?

THE DEFENDANT: I've got a GED.

THE COURT: Okay. Do you have any physical or mental disability that would make it difficult for you to understand the charges or what's happening here in court?

MR. DOUGLAS: Your Honor, if I may.

THE COURT: You may.

MR. DOUGLAS: My understanding is that in the state system he was found incompetent and that's why he hasn't been

sentenced. So that might be reasonable cause to think that he would have trouble understanding today.

THE COURT: Yeah. When did that occur, if you know, Mr. Douglas?

MR. DOUGLAS: I don't know, Your Honor.

THE COURT: Ms. Lane, can you help us out here?

MS. LANE: Similarly, this is the first time that I'm hearing about this issue. This is not, unfortunately, my case. I'm covering for AUSA VerHey. I have no information about Mr. Kuhl's state court status.

THE COURT: Okay.

MR. DOUGLAS: I'll be keeping this one, Your Honor.

THE COURT: Okay. Mr. Douglas, are you asking for an adjournment so that we -- you can further investigate and I can have Pretrial Services further investigate and, of course, the U.S. Attorney's Office can further investigate these facts to see if, you know, for example, a competency evaluation would be appropriate in this court for Mr. Kuhl before further proceedings take place?

MR. DOUGLAS: I would like to look into the state record on that, Your Honor, and would ask for an adjournment.

THE COURT: I assume you concur.

MS. LANE: I do, Your Honor, yes.

THE COURT: All right. We're going to adjourn this matter then.

When can we have them back, Ms. Carpenter?

THE CLERK: Wednesday at 3:00 p.m.

THE COURT: Mr. Kuhl, we're going to have you come back to court next Wednesday. Today is Friday.

So we're going to have you back on Wednesday. Between now and then you'll be staying at the Newaygo County Jail. Is that where you came from?

THE DEFENDANT: No. Kalamazoo County.

THE COURT: Kalamazoo County. Well, between now and Wednesday at least, you'll be in Newaygo, which is about an hour north of here.

Mr. Kuhl, I -- and I'm sure Mr. Douglas will talk to you about this. But I would encourage you to not discuss your case with other -- with anybody up at the jail, most specifically other inmates or roommates, when you get up there, because the kinds of crimes that you're charged with --

THE DEFENDANT: I'm not charged with any crimes, Your Honor.

THE COURT: You're being charged with two crimes.

MR. DOUGLAS: You are.

THE COURT: Sexual exploitation of a minor and -- I'm going to go --

THE DEFENDANT: And you're with the CPS, correct?

THE COURT: Say that again.

THE DEFENDANT: You're with CPS, correct?

THE COURT: I am not with CPS.

I'm going to go through a bit of the initial appearance and we're going to redo it all, if we get to that point.

So just so you're clear, Mr. Kuhl, the United States is charging you with two crimes involving sex crimes against children. And those --

THE DEFENDANT: I never had sex with my sister.

THE COURT: All right. I changed my mind. We're going to adjourn and we'll return here.

Ms. Carpenter?

THE CLERK: Wednesday at 3:00 p.m.

THE COURT: Wednesday at 3:00 p.m. We'll see everyone then.

*(Concluded at 3:39 p.m.)*

*C E R T I F I C A T E*

I certify that the foregoing is a transcript from the Liberty Court Recording System digital recording of the proceedings in the above-entitled matter to the best of my ability.

/s/ Trisha N. Cameron
Trisha N. Cameron, CSR, RMR, CRR
U.S. District Court Reporter
Lansing, MI 48933