*IN THE UNITED STATES DISTRICT COURT*
*FOR THE WESTERN DISTRICT OF MICHIGAN*
*SOUTHERN DIVISION*

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 1:23-cr-44

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________________/

*OMNIBUS HEARING*

*BEFORE THE HONORABLE RAY KENT*
*United States Magistrate Judge*

*Grand Rapids, Michigan, August 16, 2023*

APPEARANCES:

For the Plaintiff: TIMOTHY P. VERHEY
U.S. Attorney
330 Ionia Ave., NW
Grand Rapids, MI 49501
(616) 456-2404

For the Defendant: PARKER DOUGLAS
Federal Public Defender
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503
(616) 742-7420

REPORTED BY: TRISHA N. CAMERON, CSR, RMR, CRR, RDR
Federal Official Court Reporter
128 Federal Building
Lansing, Michigan 48933

Grand Rapids, Michigan

August 16, 2023

3:04 p.m.

*PROCEEDINGS*

THE CLERK: The United States District Court for the Western District of Michigan is now in session. The Honorable Ray Kent, United States Magistrate Judge, presiding. Please be seated.

THE COURT: This is 23-cr-44, United States versus Samuel Kuhl. Mr. VerHey on behalf of the United States. Mr. Douglas on behalf of Mr. Kuhl.

We're here for a continuation of the initial appearance we started a couple of days ago.

Since that time, both the United States and the defense have filed motions requesting a competency determination on Mr. Kuhl. The government's brief on that issue appears in the Court's record at ECF No. 15. The defendant's motion for competency evaluation appears in the Court record at ECF 16. I've read both of those motions.

Based on the content of the motions and also my own personal observations of Mr. Kuhl here in court, especially the last time we were together, I find that there's reasonable cause to believe that Mr. Kuhl may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and

consequences of the proceedings against him or to assist properly in his own defense. I order him remanded to the custody of the Attorney General for placement in an appropriate medical facility to undergo a competency evaluation. An order will follow.

Mr. VerHey, anything from the United States?

MR. VERHEY: No. Thank you, Your Honor.

THE COURT: All right. Mr. Douglas, anything from you, sir?

MR. DOUGLAS: No, Your Honor.

THE COURT: We'll be adjourned.

*(Concluded at 3:06 p.m.)*

C E R T I F I C A T E

I certify that the foregoing is a transcript from the Liberty Court Recording System digital recording of the proceedings in the above-entitled matter to the best of my ability.

/s/ Trisha N. Cameron
Trisha N. Cameron, CSR, RMR, CRR
U.S. District Court Reporter
Lansing, MI 48933