UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SAMUEL ALEXANDER KUHL,

Defendant.
_____________________________________/

No. 1:23-CR-44

Hon. Jane M. Beckering
U.S. District Judge

**PROTECTIVE ORDER FOR DISCOVERY MATERIALS**

For the reasons stated in the Joint Motion for Protective Order, it is hereby ORDERED, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, that:

1. The discovery materials provided in this case by the government to the defendant are to be used by the defendant and his counsel solely for the preparation of the defense. No disclosure of the discovery material is authorized except as necessary to the preparation of the defense in this case, and such determination of necessity is to be made by counsel for the defendant, not by the defendant himself.

2. Disclosure of the discovery materials for purposes related to defense of the criminal case is permitted to: (a) members of the defense team, consisting of counsel, co-counsel, paralegals, investigators, litigation support personnel, the defendant, and secretarial staff; (b) experts or consultants assisting in preparation of the defense; (c) potential witnesses who are deemed necessary by the defense team in connection with this case; and (d) this Court.

3. Counsel for the defendant: (a) shall redact personal identifying information ("PII") from the discovery materials that is provided to witnesses, excluding expert witnesses, (b) shall not allow his/her client to retain unredacted copies of the discovery materials containing PII, absent further order by this Court; (c) will take all reasonable steps necessary to ensure that the discovery materials containing PII are not improperly disclosed.

SO ORDERED, this 19th day of July, 2024.

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge