Notice to the Court in Case No. 1:23-cr-44 United States v. Kuhl

The letter attached was sent to Parker Douglas by myself.

(Forced & Fake Identity) Samuel Kuhl
S. Kuhl
(True Identity) Shane Kuhl
S. Kuhl

FILED -GR
August 1, 2024 12:05 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: JW / 8-1

Sharon Turek and Parker Douglas July, 25 2024

I am demanding that Parker and the entire Public Defender's Office remove itself from the proceedings of case 1:23-cr-44 in the Western District of Michigan. I want this done immediately so that new counsel may be appointed to competently and zealously stand up for me and bring issues before the court on my behalf and periodical communicate with me; all of which Parker refuses to do. Failure to comply will result in a complaint being made with the Bar Association and other proper agencies as well as a suit for legal malpractice. Again I do not want the proceedings in court delayed at all and want you to withdraw immediately! The grounds numbered below support this.

1. My adversaries are alleging I'm a mentally ill criminal who is a threat to the public, whic is supposedly who you defend. (Conflict of interest)
2. No response to any phone calls or the last letter I sent to this office attempting to file a grievance against you was ever responded to or even acknowledged. (Sent Mid May
3. I was never informed of or even allowed the oppurtunity to be present at the hearing to determine competency nor provided with a report.
4. I have been detained in federal custody never being provided with a detention/bond hearing nor did I give consent to waive such hearing.
5. For 6 months I sat in federal custody under a 4241(d) commitment order without being hospitalized or receiving any treatment as the law requires and I was not being held under the Bail Reform Act and you did nothing.
6. The entire invoking of 4241 competency proceedings to assess my mental health under Fed. Rule Civil Procedure 35 because the CPS has chosen to challenge my competen to continue my suit is entirely illegal.
7. The government failed to follow the 10 day transportation order of December 27, 202 and I had to do everything but threaten you for the issue to be addressed; the motion was basically a rubberstamped invaluable pleading not addressing any IDRA, due proces or Speedy Trial issues or the fact I was being held with no justifiable cause because no detention/bond hearing was held or waived. The state of Michigan had custody of me not the CPS/Feds/U.S. You put forth, purposefully, a bare minimum, inadequate effort just to pacify my uncle and I.

8. You continued to ignore letters and calls from my uncle who was trying to protect my rights, as well as several calls from me.

9. You told multiple attorneys you knew I wanted issues raised, but were refusing to do so although the issues had never been decided in the 6th Circuit and 2 cases, one in the Western District and one in the Eastern District of Michigan were ruled in favor of one of the issues. (U.S. v. Dellinger, 980 F. Supp. 2d 806 E.D. Mich 2013, and (U.S. v. Perry W.D. Mich. 2022) as well as other district court decisions supported the argument my uncle, multiple attorneys, and I requested that you raise.

10. On June 14, 2024 you were contacted by an attorney who wanted to know why you refused to raise any of the arguments, at which time Parker told him that it wa Parker's belief that I was already gone to Butner, although I'd just written in Mid May complaining I was still in Newaygo and trying to file a grievance. This just clearly shows the lack of attention, interest, and care that Parker had for me and my rights. The only case of the 6th Circuit addressing the IDRA/due process violation is: U.S. v. Baker, 807 F. 2d 1315 (6th Cir. 1986) which held that custody of an individual committed under 4241(d)(1) was valid for a period up to 4 months. It said nothing about separating commitment and actual hospitalization to allow for extended custody.

For these reasons, please immediately remove yourselves so new counsel can be appointed without delay because I plan to defend my competency, be deemed competent, returned to state of Michigan custody and continue to litigate my suit against the CPS who with whom you've conspired with to silence, ridicule, discredit and frame me for mental illness. I will win and protect and salvage my family, my bloodline, my country, my race, and the human species as well as reveal the truth about everything and everyone. Pleas withdraw NOW!!!

S. Kuhl 61189510

S. Kuhl

Kuhl 61189510
Name: Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
29 JUL 2024 PM 2 L

LEGAL MAIL

FREEDOM
FOREVER USA

⇔61189-510⇔
Clerk Of The Court
Western District of MI
110 Michigan ST NW
Room 399
Grand Rapids, MI 49503
United States

49503-231799