UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23-CR-44

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________________/

**ORDER**

Defendant's letter (ECF No.50) was docketed as a motion and referred to the undersigned for decision. It is clear from the letter that there has been an serious breakdown in the attorney-client relationship that materially impedes counsel's ability to further represent defendant. Accordingly, the motion is **GRANTED.** Defendant's counsel is relieved of any further duty to defendant. Defendant will be appointed new counsel.

**IT IS SO ORDERED.**

Dated: August 7, 2024

/s/ Ray Kent
RAY KENT
United States Magistrate Judge