UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SAMUEL ALEXANDER KUHL,

Defendant.

No. 1:23-CR-44

Hon. Jane M. Beckering

**UNPPOSED MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL**

Britt Cobb, counsel for Samuel Kuhl, moves to withdraw as counsel. Counsel submits an accompanying brief in support.

Dated: August 16, 2024

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

s/ Britt Morton Cobb
_______________________________
Britt Morton Cobb (P69556)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503
(616) 458-2212
bmc@willeychamberlain.com