UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

No. 1:23-CR-44

vs.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.

**BRIEF IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL**

Britt Cobb, counsel for Samuel Kuhl (hereinafter "counsel"), has moved to withdraw as counsel and submits this brief in support. Counsel was recently appointed to represent Mr. Kuhl after he requested that his previous lawyer be removed from the case. Counsel had her first telephone call with Mr. Kuhl this morning and it is clear that a working and functional, much less good, attorney-client relationship will not be developed. Because counsel's representation is in the earliest stage and Mr. Kuhl is still in the custody of the Bureau of Prisons as it attempts to restore competency, there will be no prejudice to Mr. Kuhl if the undersigned is permitted to withdraw and new counsel appointed.

WHEREFORE, counsel asks the Court to grant her request to withdraw from representing Mr. Kuhl and to appoint new counsel.

Respectfully Submitted,

Dated: August 16, 2024

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

s/ Britt Morton Cobb

Britt Morton Cobb (P69556)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503
(616) 458-2212
bmc@willeychamberlain.com