UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff, No. 1:23-CR-44

vs. Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.

**CERTIFICATE**

Pursuant to Local Criminal Rule 12.4, counsel advises the Court that she has spoken to the attorney for the Government, Tim VerHey, who states that it does not oppose the request to withdraw as counsel.

Respectfully Submitted,

Dated: August 16, 2024

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

s/ Britt Morton Cobb

Britt Morton Cobb (P69556)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503
(616) 458-2212
bmc@willeychamberlain.com