U.S. District Court for the Western District of Michigan, Southern Division

U.S. v. Kuhl

1:23-cr-44

Aug. 15, 2024

These are a list of list of people I will accept to be appointed on my behalf who are hopefully willing to stand up for what is right. If none of these people are appointed I am prose. I started this complaint against you people prose I can finish it that way.

Samuel Kuhl

S. Kuhl

Shane Kuhl

S. Kuhl

FILED - GR
August 26, 2024 1:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: JW / 8-26

Raymond A. Cassar of Law Offices of Raymond A. Cassar PLC Farmington Hills, MI
Anastase Markou of Levine + Levine Kalamazoo, MI
Mark J. Kriger of LaRene + Kriger Detroit, MI
Matt Borgula of Springstead, Bartish, Borgula + Lynch PLLC Grand Rapids, MI
[redacted]
John A. Shea Ann Arbor, MI
Laurence H. Margolis of Margolis Law Firm Ann Arbor, MI
Edwar Zeineh of Law Office of Edwar A. Zeineh PLLC Lansing, MI
Anjali Prasad of Prasad Legal PLLC Bloomfield Township, MI
Ronnie E. Cromer of The Cromer Law Group PLLC Southfield, MI
George B. Donnini or David F. DuMouchel of Butzel Long Troy, MI
John G. Rubin Birmingham, MI
Abed Hammoud of Abed Hammoud Law PLLC Detroit, MI
Kevin Mulcahy of Flannery Georgalis LLC Detroit, MI
Jeffrey Alan Crapko of Miller Canfield Detroit, MI
Clinton W. Westbrook SBBL Law PLLC Grand Rapids, MI
Mohammed Abdrabboh PC Dearborn, MI
Shawn R. Cioffi of Kotz, Sangster Wysocki PC Rochester Hills, MI
Eric Nemeth Varnum LLP Birmingham, MI
Christopher K. Cooke of Secrest Wardle Grand Rapids, MI
Jeffrey G. Collins Collins + Collins PC Detroit, MI
Elias Muawad of Muawad + Muawad PC Bloomfield Hills, MI
Todd F. Flood of Flood Law PLLC Detroit, MI
John D. Alli Birmingham, MI
R. Michael Bullotta of Bullotta Law Detroit, MI
Gerald J. Gleeson of Miller, Canfield, Paddock + Stone PLC Troy, MI
David A. Nacht of Nacht Law PC Ann Arbor, MI

Kuhl 61189510
Name: Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

LEGAL MAIL
RALEIGH NC 275
Research Triangle Region
20 AUG 2024 PM 6 L

⇔61189-510⇔
Clerk Of The Court
Western District of MI
110 Michigan ST NW
Room 399
Grand Rapids, MI 49503
United States

LEGAL MAIL
49503-231799

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509

DATE: 8-19-24

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.