UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**ORDER**

The Court hereby GRANTS Attorney Cobb's Unopposed Motion to Withdraw as Counsel (ECF No. 52) for defendant Samuel Alexander Kuhl. The Federal Public Defender's Office will appoint new counsel for defendant.

IT IS SO ORDERED.

Dated: August 27, 2024

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge