UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

______________________________________/

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received October 15, 2024 and orders the Clerk to reject the Letter and return the document(s) to Samuel Alexander Kuhl for the reason(s) noted below:

Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

IT IS SO ORDERED.

Dated: October 15, 2024

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge