UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Competency Hearing<br>Detention Hearing<br>First Appearance<br>Initial Pretrial Conference |
| Date/Time: | December 18, 2024 01:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

RAY KENT
U.S. Magistrate Judge

Dated: December 12, 2024

By: /s/ Brenda Glass
Courtroom Deputy