UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23−cr−00044−JMB

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

# NOTICE OF HEARING CANCELLATION

The Competency, Initial Appearance, Arraignment, Initial Pretrial Conference and Detention Hearings set in this matter for **December 18, 2024** is hereby **CANCELLED. The hearing shall be rescheduled to a date to be determined.**

U.S. Magistrate Judge

Dated: December 17, 2024

By: /s/ Brenda Glass
Courtroom Deputy