UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23−cr−00044−JMB

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
___________________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Competency Hearing<br>Detention Hearing<br>First Appearance<br>Initial Pretrial Conference |
| Date/Time: | January 13, 2025 10:00 AM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*Previously scheduled for December 18, 2024*

RAY KENT
U.S. Magistrate Judge

Dated: December 17, 2024

By: /s/ Brenda Glass
Courtroom Deputy