UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________________/

Case No. 1:23-cr-44

Hon. Jane E. Beckering

**GOVERNMENT'S INITAIL PRETRIAL CONFERENCE SUMMARY STATEMENT**

## I. DISCOVERY

A. Statements of Defendants

1. Oral Statements [Rule 16(a)(1)(A)]

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).
☒ There are the following records of oral statements: 1/29/22 Statement to MSP (also recorded)

the substance of which
☒ has been disclosed to defense counsel
☐ will be disclosed to defense counsel

2. Written or Recorded Statements [Rule 16(a)(1)(B)]

☐ There are no written or recorded statements or grand jury testimony of defendant.
☒ There are the following written or recorded statements or grand jury testimony: See above.

All written or recorded statements
☒ have been disclosed to defense counsel
☐ will be disclosed to defense counsel

B. Defendant's Prior Record [Rule 16(a)(1)(D)]

☐ The government has made due inquiry and is not aware of any prior criminal records.
☒ The government has disclosed defendant's prior criminal history.
☐ The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects [Rule 16(a)(1)(E)]

☐ The government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The government has the following documents, tangible objects, and physical evidence:

- ☐ Controlled Substances:
- ☐ Drug Paraphernalia:
- ☐ Records: Facebook, cell phone, hotel records.
- ☐ Drug Records:
- ☐ Firearms:
- ☐ Inventory (attached)
- ☐ Other:

☒ The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:

- ☒ State – **search of 3 cell telephones 10/14/22**
- ☒ Federal – Facebook, cell phone search 23-mj-39

☒ Defense counsel should make arrangements with AUSA VerHey to review CSAM material.

D. Reports of Examinations and Tests [Rule 16(a)(1)(F)]

☐ The government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The government has or expects to have reports of the following examinations and tests:

| | | |
|---|---|---|
| ☐ Drug Analysis | ☐ Handwriting | ☐ Fingerprints |
| ☐ DNA | ☐ Firearms/Nexus | ☐ Gun Operability |
| ☒ Computer Forensics | | ☐ Other: |

E. Reciprocal Discovery

☒ The government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☐ The government does not presently intend to introduce 404(b) evidence.

☒ The government does presently intend to introduce the following 404(b) evidence: One text discovered during the investigation discloses Kuhl attempting to persuade a second minor female to have sexual relations with him. This will be offered as proof of intent and lack of mistake or accident.

☐ The government will provide pretrial notice of 404(b) evidence

G. Other Discovery Matters:

## II. TRIAL

A. The government requests a ☒ jury ☐ non-jury trial.
B. Length of trial excluding jury selection is estimated at three days.

## III. MISCELLANEOUS

☐ This case may be appropriate for expedited resolution.
☒ The government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.
☐ The government is aware of the following potential conflict(s):
☒ Government's plea negotiation policy: Any plea resolution must be finalized two weeks prior to the date of the final pretrial conference. After that time, the government will not support a reduction for acceptance of responsibility under USSG 3E1.1.

Date: January 10, 2025

/s/ Timothy VerHey
Assistant United States Attorney