UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. 1:23-CR-44

v.

Hon. Jane M. Beckering
U.S. District Judge

SAMUEL ALEXANDER KUHL,

Defendant.

______________________________________/

**CERTIFICATE IN ACCORDANCE WITH**
**LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 18-RL-85**

In accordance with L. Crim. R. 12.4 and Administrative Order No. 18-RL-85, the United States consulted with defense counsel. Defense counsel does not oppose the government's joint motion for a protective order.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Date: January 13, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
Assistant United States Attorney