## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Samuel Alexander Kuhl | Mag. Judge: Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-00044-JMB | January 13, 2025 | 10:27 - 10:37 a.m.<br>11:17 - 11:27 a.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Timothy P. VerHey | Scott Graham | CJA Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived __ |

**TYPE OF HEARING**

- __ First Appearance
- __ Arraignment:
  - __mute __nolo contendre
  - __not guilty __guilty
- __ Initial Pretrial Conference
- __ Detention (waived __)
- __ Preliminary (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Omnibus Hearing*

**DOCUMENTS**

- __ Defendant's Rights
- __ Waiver of ____________
- __ Consent to Mag. Judge for ____________
- __ Other:

Court to Issue:

- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other:

Order re: adjournment

**CHANGE OF PLEA**

Guilty Plea to Count(s) ____________

of the ____________

Count(s) to be dismissed at sentencing:

____________

Presentence Report:
__Ordered __Waived

- __ Plea Accepted by the Court
- __ No Written Plea Agreement

**EXPEDITED RESOLUTION**

__ Case appears appropriate for expedited resolution

**ADDITIONAL INFORMATION**

*Date and time set for competency, initial appearance, arraignment, initial pretrial conference and detention hearings. Defendant, through counsel, requested a 30-day adjournment of the hearings; adjournment was granted. Date and time of hearings to be determined.

**SENTENCING**

Imprisonment: ____________
Probation: ____________
Supervised Release: ____________
Fine: $ ____________
Restitution: $____________
Special Assessment: $ ____________
Plea Agreement Accepted: __Yes __No
Defendant informed of right to appeal: __Yes __ No
Counsel informed of obligation to file appeal: __Yes __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ ____________ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** **B. Glass** |