UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________________/

Case No. 1:23-cr-00044

Hon. Jane M. Beckering
United States District Judge

**ORDER**

This matter is before the Court on a restoration of competency hearing. Defendant, through counsel, requested a 30-day adjournment of the hearing. The government did not oppose the request. The Court, having found good cause, granted Defendant's request for a 30-day adjournment.

The period of time from this point forward, until such time as the issue of defendant's competency is resolved and the completion of any hearing on that issue, shall be excludable time for the purposes of The Speedy Trial Act; 18 U.S.C. 3161(h)(1), as construed by the U.S. Supreme Court and the U.S. Court of Appeals for the Sixth Circuit.

**IT IS SO ORDERED.**

Dated: January 13, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge