UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED- GR
January 23, 2025 11:32 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB / 1/23

United States of America,
Plaintiff,

v.

Samuel Alexander Kuhl
Defendant.

CASE NO. 1:23-cr-44
HON. JANE M. BECKERING
MJ. RAY S. KENT

# NOTICE OF APPEAL

Now comes defendant Samuel Kuhl to provide this Honorable Court with a Notice of Appeal pursuant to Federal Rules of Appellate Procedure Rule 4(b). Thus, it is requested to stay the decision enter a report from FMC-Butner on the record and to stay the decision to adjourn these proceedings pursuant to Rule 8 of Fed. R. App. P.

Respectfully Submitted,

S. Kuhl Jan. 18, 2025

S. Kuhl

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
21 JAN 2025 PM 5 L



THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

United States Dist. Court
399 Federal Bldg.
110 Michigan N.W.
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399