United States District Court
For the Western District of Michigan

FILED - GR
February 6, 2025 12:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB / 2/6

United States,
Plaintiff,

v.

Samuel Alexander Kuhl,
Defendant.

CASE NO. 1:23-cr-44
Hon. Jane M. Beckering.

APPEAL

Now comes defendant Samuel Kuhl, proceeding on his own behalf although represented by counsel, to respectfully appeal the order of Magistrate Kent adjourning the competency proceeding of January 13, 2025 and his decision to enter the BOP Evaluation report on the record despite my objections.

I also request Your Honor to order Scott Graham to return to me my motion to challenge the competency proceedings in their totality based on abstention doctrines, due process violations, IDRA violations, Fed Rule Crim Proc. 48(b), and SPEEDY TRIAL violations under the STA and Sixth Amendment.

Respectfully Submitted,
S. Kuhl Feb. 3, 2025
S. Kuhl 61189510
1035 James, P.O. Box 845
White Cloud, MI 49349

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
4 FEB 2025 PM 1 L



Clerk of the Court
U.S. District Court
399 Federal Bldg.
110 Michigan NW
Grand Rapids, MI 49503

"THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO C

LEGAL MAIL

49503-236333