UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

The Court received Defendant's document entitled "Appeal" on February 6, 2025 (ECF No. 77). The Court, having examined the document, orders the Clerk to strike the document because Defendant is represented by counsel. All filings should be submitted to this Court through Defendant's counsel.

The Court notes that the general subject of Defendant's document is Defendant's competency proceeding. The proceeding to determine Defendant's competency, though initially scheduled for and begun on January 13, 2025, has not been concluded.

**IT IS SO ORDERED.**

Dated: February 7, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge