UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
________________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing |
| Date/Time: | February 19, 2025 10:00 AM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*Continued from February 12, 2025*

RAY KENT
U.S. Magistrate Judge

Dated: February 12, 2025

By: /s/ Faith Hunter Webb
Judicial Assistant