United States District Court
Western District of Michigan

FILED - GR
February 19, 2025 10:45 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB / 2/19

United States of America,
Plaintiff,

v.

Samuel Alexander Kuhl
Defendant.

CASE NO. 1:23-cr-44
HON. Jane M. Beckering

# MOTION TO PROCEED PRO SE

NOW COMES, Defendant Samuel Kuhl on his own behalf to assert his right under the Sixth Amendment to the U.S. Constitution to proceed pro se. The grounds for such assertion is as follows:

1. I feel no one will fight for my life aswell as myself.
2. Each counsel appointed by this Court has conspired to block my access to the Court and refused to raise meritorious arguments. This includes Scott Graham.
3. Ray Kent, Timothy Ver Hey, nor Scott Graham could affirmatively say if I had a right to present at my competency hearing. Do you people just think your secret oaths and comraderie can defeat me? Does anyone in this matter even know the law? See 18 U.S.C. § 4247(d).
4. I'm being spoonfed my discovery intentionally and that which I am receiving is redacted beyond Personal Identifying Information. This was discovered by my own investigation and FOIA requests.
5. Scott Graham accuses me of frivolous arguments yets moves

to adjourn my bond hearing when we know the true powers that be will not allow me from this detention!

6. The paralegal for Mr. Graham ~~have~~ has an ongoing relationship with Special Agent Buttery.
7. Withholding my discovery is delaying and hindering my defense.
8. There is a severe lack of communication between Mr. Graham and myself. We've only spoken outside of the court on two separate occasions.
9. The intentions and information relayed by Scott and his legal team, contradicts one another. Scott lies and tells me I have received the full discovery while his secretary tells me I only have a portion. The paralegal and investigator for Scott ask me questions that have nothing to do with this matter and ask me questions about this matter that Scott says is pointless. This is all done to frustrate, confuse, delay, and hinder me throughout this process.
10. I know that Beckering sat with the Michigan Court which denied my mother's attempt to obtain custody of me and my siblings in 2003. Therefore, I know that I only have the true capacity and loyalty to myself to defend my life and bloodline
11. I request an immediate hearing on this matter and assert my right to a speedy trial.

Respectfully,

S. Kuhl [signature]

S. Kuhl Feb. 17, 2025