UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

# NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Withdraw as Attorney − #87 |
| Date/Time: | March 6, 2025 01:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*Re−Notice correcting date of hearing. Hearing to be held on March 6, 2025.*

RAY KENT
U.S. Magistrate Judge

Dated: February 25, 2025

By: /s/ Brenda Glass
Courtroom Deputy