UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Defendant, proceeding *pro se* with standby counsel (*see* ECF No. 96) has filed seven pre-trial motions. The deadline to file additional pre-trial motions has now passed (ECF No. 84). Four of Defendant's pending motions (ECF Nos. 100–103) are dispositive as to one or both counts in the Indictment. *See* W.D. Mich. LCrimR 47.1(a). With regard to these four motions, consistent with Local Criminal Rule 47.1(c), the Court directs:

- The government shall file its response(s). The response(s) shall be filed no later than April 3, 2025.
- Defendant shall file his reply(ies). The reply(ies) shall be filed no later than April 17, 2025.

A separate Notice adjourning the Final Pretrial Conference and Jury Trial will issue.

**IT IS SO ORDERED.**

Dated: March 12, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge