UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_____________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**NOTICE ADJOURNING HEARINGS**

TAKE NOTICE that the following hearings have been **ADJOURNED without date** pending resolution of the undecided motions and further order of the Court:

| | | |
|---|---|---|
| Type of hearing: | **Final Pretrial Conference** | **April 8, 2025 at 2:30 PM** |
| | **Jury Trial** | **April 15, 2025 at 9:00 AM** |

JANE M. BECKERING
United States District Judge

Dated: March 12, 2025

/s/ Lauren Packard
Judicial Assistant