United States District Court
Western District of Michigan

FILED - GR
March 12, 2025 12:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB / 3/12

United States ~~[illegible]~~

v. Case No. 1:23-cr-44

~~[illegible]~~ Samuel Alexander Kuhl Hon. Jane M. Beckering

MOTION TO NOTIFY COURT

Defendant is moving now to let all yall hypocrital conspiratorial CPS Sellouts that he is aware of your stall tactics and demands dismissal and Judicial and Bar reviews brought immediately to President Donald J. Trump. Refusal will result in civil action against all responsible parties. There is NO REASON MY FILINGS SHOULD NOT BE ON THE RECORD! I filed 7 motions on March 6, 2025 and it seems they were all illegally rejected! Yall scared huh thought I couldn't litigate huh!! Yeahhh I'M COMING!! Scott and the court was notified of my filings, I'm pro se and all filings were legible, signed, dated, and properly prepared! Scott took them and told me he'd come & back to tell me if they were filed or not and if not he would return them! Well, well, well just like everything now HE LIED! AND YALL KNOW HE LIED! YOU THINK I DON'T KNOW OR SEE YALL SIDEYING AND LAUGHING AT ME? HUH!! Buttery and Roth while I'm addressing the court. Buttery is gonna sit there and try to learn and hear all my attacks to get his lies straight! He should

not be present in my court proceedings!! Of course Scott took my only copy of my 25 page motion at the competency hearing which has never been returned to me despite several letters and calls to his secretary. You think I'm stupid? Ray Charles could see this crap!

DISMISS NOW!!

S. Kuhl March 7, 2025

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

Keep Safety in View as We Drive for You

GRAND RAPIDS MI 493
10 MAR 2025 PM 2 L




U.S. District Court
110 Michigan NW
Grand Rapids, MI 49503

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY

LEGAL MAIL

49503-236399