UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

The Court previously entered an Order in this case setting the briefing schedule for the four then-pending dispositive motions (ECF No. 106). Defendant, proceeding *pro se* with standby counsel (*see* ECF No. 96) subsequently filed an additional dispositive motion (ECF No. 111). With regard to this motion, consistent with Local Criminal Rule 47.1(c), the Court directs that the parties follow the same briefing schedule as the Court directed in the Court's prior Order:

- The government shall file its response. The response shall be filed no later than April 3, 2025.
- Defendant shall file his reply. The reply shall be filed no later than April 17, 2025.

The deadline for pre-trial motions has expired, and future pretrial motions may be dismissed as untimely. *See* ECF No. 84.

**IT IS SO ORDERED.**

Dated: March 17, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judg