UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23-cr-44

v.

Hon. Jane M. Beckering
U.S. District Judge

SAMUEL ALEXANDER KUHL,

Defendant.
________________________________/

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 20, 2025, a copy of United States' Response to Defendant's Motion for Disclosure of Grand Jury Proceedings (R.99) was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Timothy VerHey*
TIMOTHY VERHEY
Assistant U.S. Attorney
P.O. Box 208
Grand Rapids, Michigan 49501
(616) 456-2404