UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
March 28, 2025 1:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 3-28

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
Hon. Jane M. Beckering

# NOTICE OF LATE FILING

Defendant sent this motion last week on Thursday morning with the Newaygo County Deputies to the Federal Building in Grand Rapids but it was placed in the outgoing mail instead. Defendant has been consistently trying to track it down and it was finally returned today by the post office.

Respectfully Submitted,

S. Kuhl March 25, 2025

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

Samuel Alexander Kuhl, Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349




Clerk of the Court
U.S. Dist. Court
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL