UNITED STATES COURT (DISTRICT)
MICHIGAN

FILED - GR
March 28, 2025 1:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW 3-28

U.S.A.
Plaintiff,

1:23-cr-44
Jane Beckering

v.

SAMUEL ALEXANDER KUHL,
Defendant.

INFORM COURT

Now my filings are being stolen by this jail and I'm being lied to be tricked out of my filings. Strike down upon me you all have. Destine for DOOM PLACED ON MY HEAD BY YOU ALL! How shall I Fight when I have no sword and the use of my pen is being deprived of its purpose? Obliterate all that is left of us shall come at any costs! 45 PAGES! COMMERCE CLAUSE CHALLENGE STRIPPED! ALMOST 10 DAYS PUTTING IT TOGETHER! MY ONLY COPY! JUST AS SCOTT STOLE MY MOTION JUST AS YOU ALL BLOCK MY MOTIONS JUST AS THEY BLOCKED AND KILLED MY MOM! THERE IS NO JUSTICE YOU ALL SPIT IN THE FACE OF THE COUNTRY I FOUNDED SICK THE CPS UPON US! CANT GET DISCOVERY! JUSTICE? STOP IT! THE TRUTH SHALL

BE REVEALED!

S. Kuhl March 24, 2025
S. Kuhl

S. Kuhl
1035 JAMES
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
26 MAR 2025 PM 3 L




"THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

U.S. DIST. COURT
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-230099