UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
April 2, 2025 11:20 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 4-7

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
HON. JANE M. BECKERING
EMERGENCY MOTION

# EXPEDITED

# EMERGENCY MOTION FOR ADEQUATE ACCESSIBILITY TO DEFENSE PREPARATION DEVICE

Defendant Samuel Kuhl proceeding pro se, requests this Court to allow Mr. Kuhl access to a device, specifically a laptop, to review discovery materials and research legal materials, statistical facts, expert witnesses, and other records and information that are material to his defense.

Specifically, Mr. Kuhl needs to view the police interview the government has in its possession and body, vehicle, and dash cam footage from a Wyoming traffic stop which led to the investigation underlying the instant indictment.

Additionally, Kuhl needs to be able to ask the superior and infinitely knowledgeable internet / AI systems questions relating to several portions of Mr. Kuhl's defense. Only the proper terms will be capable of returning cases relevant to those topics and at times are in the hundreds and thousands. Sifting through these cases is timely and burdensome and at times

impossible for Mr. Kuhl due to having to share the Kiosk that has the law library with over 20 other inmates. Access to the internet or AI could help Kuhl astronimically and allow for narrower and more precise cases pertaining to his strategies and questions/quieries. Moreover, Kuhl can research statistics and reports as well as community social and medical workers knowledgeable about the broadening and increase of sexual activity amongst minors especially in urban society and in the Kalamazoo area.

Further, Kuhl can bounce ideas off of the AI or internet and see the strengths and weaknesses of his arguments. Something the prosecutor can do infinitely, and without delay or obstruction and also has numerous jurisprudence books, associate lawyers, and legal scholars to consult with within his arsenal. The government substitutes counsel at will and delays and withholds Mr. Kuhl's discovery to this day with no sanction or reprimand from this court.

Mr. Kuhl is prose and it is his Fifth Amendment Due Process and Equal Protection rights, as well as his 6th Amendment right to effective counsel. In his pro se capacity, Mr. Kuhl must be afforded what any other criminal defense attorney uses for their basic defense of a client. Due to the restraints on Kuhl's ability to adequately and effectively prepare his defense by these inevitable and mandatory means in today's society, he is not receiving the equal oppurtunity and protection of effective defense and counsel as a pretrial defendant on bail. Ironically, Mr. Kuhl has tried to address these issues with the Court and is

consistently being ignored. Yet, Luigi Mangione, who is represented by one of the most revered and high paid attorneys, has been granted relief in the manner of being able to possess a laptop in the New York federal pretrial detention center to prepare his defense. EQUAL PROTECTION, DUE PROCESS, ADEQUATE DEFENSE, EFFECTIVE COUNSEL; these are core fundamental rights of the criminally accused protected by the Constitution. At this time Mr. Kuhl sits severely impaired by the deprivation of these rights by not having the device and access requested in this motion.

It is possible to filter and restrict the access of the computer/internet and Mr. Kuhl would not waste such a critical resource to engage in any activity that would endanger that resource. There is no reason Mr. Kuhl should not be granted his rights to due process, equal protection, and effective counsel, and thus this motion should be granted, and with all due respect, be granted expeditiously.

Respectfully Submitted,

S. Kuhl March 26, 2025

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

Samuel Alexander Kuhl #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud MI 49349

GRAND RAPIDS MI 493
31 MAR 2025 PM 2 L




"THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

Clerk of the Court
U.S. Dist. Court
399 Federal Bldg.
110 Michigan NW
Grand Rapids, MI 49503

49503-236399