UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________________/

Case No. 1:23-CR-44

Hon. Jane M. Beckering

**ORDER**

Pending before the Court is Defendant's Ex Parte Motion for Funds to Hire Expert (ECF No. 110). Upon due consideration, the motion is **GRANTED.** Defendant is permitted to retain the services of a digital forensics expert. Defendant is ordered to consult with stand-by counsel to identify and retain the expert, define the parameters of the expert's work, and to prepare and submit a voucher at the conclusion of that work.

Pursuant to 18 U.S.C. 3006A(e)(3), the compensation paid to the expert for services rendered shall not exceed $2,400.00 exclusive of reimbursement for expenses reasonably incurred unless payment in excess of that amount is certified by the Court and approved by the chief judge of the circuit.

**IT IS SO ORDERED.**

Dated: April 4, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge