UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23-cr-44

v.

Hon. Jane E. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS TO DISMISS (R. 126, 135)**

The government does not intend to respond substantively to Defendant's Motion to Dismiss Indictment (R. 126) and Motion to Dismiss Count 1 (R. 135). Based on the government's reading of the Court's Memorandum Opinion and Order (R. 125) filed March 28, 2025, any additional "pretrial motions filed by either party" must be filed as attachments to motions seeking leave to file. Defendant's Motions to Dismiss did not comply with this requirement. Should the Court order otherwise, the government will, of course, respond.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

_______________________________
OLIVIA KAY GHISELLI
TIMOTHY P. VERHEY
Assistant United States Attorneys

P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 7, 2025, a copy of United States' Response to Defendant's Motions to Dismiss (R. 126, 135) was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Olivia Kay Ghiselli*
OLIVIA KAY GHISELLI
TIMOTHY VERHEY
Assistant U.S. Attorneys
P.O. Box 208
Grand Rapids, Michigan 49501
(616) 456-2404