UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

______________________________________/

Case No. 1:23-CR-44

Hon. Jane M. Beckering

**ORDER**

Pending before the Court is Defendant's Ex Parte Motion for Funds to Hire Expert (ECF No. 110). Upon due consideration, the motion is **GRANTED.** Defendant is permitted to retain the services of a digital forensics expert. The Court is not requiring or expressly authorizing the retention of Patrick Siewert of Prodigital. Defendant is ordered to consult with standby counsel to identify and retain the expert, to define the parameters of the expert's work, and to prepare and submit a voucher at the conclusion of that work.

Pursuant to 18 U.S.C. 3006A(e)(3), the compensation paid to the expert for services rendered shall not exceed $2,400.00 exclusive of reimbursement for expenses reasonably incurred unless payment in excess of that amount is certified by the Court and approved by the chief judge of the circuit.

**IT IS SO ORDERED.**

Dated: April 11, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge