UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23-CR-044

Hon. Jane M. Beckering
United States District Judge

**SUPERSEDING INDICTMENT**
**PENALTY SHEET**

**COUNT 1: Sexual Exploitation of a Minor – 18 U.S.C. § 2251(a)**

**Minimum penalty:** 15 years
**Maximum penalty:** 30 years and/or $250,000 fine [18:3571]
**Supervised Release:** 5 years to life [18:3583]
**Special Assessment**: $100 [18:3013]
**Additional Special Assessments**: $5,000 [18:3014] and up to $50,000 [18:2259A]
**Restitution**: [18:3663; Mandatory 18:3663A]
**Other**: Sex offender registration

**COUNT 2: Coercion and Enticement and Attempted Coercion and Enticement– 18 U.S.C. § 2422(b)**

**Minimum penalty:** 10 years
**Maximum penalty:** life and/or $250,000 fine [18:3571]
**Supervised Release:** 5 years to life [18:3583]
**Special Assessment:** $100 [18:3013]
**Additional Special Assessments:** $5,000 [18:3014]
**Restitution:** [18:3663; Mandatory 18:3663A]
**Other:** Sex offender registration

**FORFEITURE**

Date: April 15, 2025

*/s/ Timothy P. VerHey*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046