UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

No. 1:23-CR-044

Hon. Jane M. Beckering
U.S. District Court Judge

______________________________/

**CERTIFICATE IN ACCORDANCE WITH**
**LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 18-RL-85**

In accordance with L. Crim. R. 12.4 and Administrative Order No. 18-RL-85, the United States was unable to consult with Defendant regarding his position on the Government's Motion to Strike and Remove Misfiled document, as Defendant is currently incarcerated.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: April 15, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
Assistant United States Attorney