UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

_______________________________/

No. 1:23-CR-044

Hon. Jane M. Beckering
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 15, 2025, a copy of the Superseding Indictment Penalty Sheet (R.148), the corrected Superseding Indictment Penalty Sheet (R.149) and Government's Motion to Strike and Remove Misfiled document (R.150) were mailed to the defendant at the following address of record:

Samuel Alexander Kuhl, Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: April 15, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
Assistant United States Attorney