UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is the government's Motion to Strike and Remove Misfiled Document (ECF No. 150), seeking to strike and remove the superseding indictment penalty sheet (ECF No. 148) as it was inadvertently filed with an internal comment included. The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Motion to Strike and Remove Misfiled Document (ECF No. 150) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to STRIKE AND REMOVE the superseding indictment penalty sheet (ECF No. 148) from the docket.

Dated: April 16, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge