UNITED STATES D[...]
WESTERN DISTRICT O[...]

SAMUEL ALEXANDER KUHL,
Plaintiff,

v.

City of ~~Newaygo~~ Wyoming, et al.
Defendants.

Case no[...]
Hon. [...]

PLAINTIFF'S MOTION TO [...]

[...] Samuel Kuhl, proceeding pro se, res[...]
[...]ng. Plaintiff requ[...]
[...]g concentrated o[...]
[...]se. Plaintiff wis[...]
[...]and cannot do s[...]
[...] Plaintiff wishe[...]
[...] and is more [...]
[...]these reasons, [...]
[...]fendants imm[...]
[...]ship financia[...]

[...]ectfully [...]
[...]Kuhl
[...]Kuhl 6[...]
[...]5 Jam[...]
P.O. Box [...]
Whit[...]

Clerk of Court
U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

FILED - GR
April 17, 2025 11:34 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JMW SCANNED BY: [initials] 4-17

S. Kuhl 611895 ID
1035 James
P.O. Box 845
White Cloud, MI 49349

UNITED STATES POSTAL SERVICE®

# WE CARE

Dear Postal Customer,

We sincerely regret the damage to your mail during handling by the Postal Service. We hope this incident did not inconvenience you. We realize that your mail is important to you and that you have every right to expect it to be delivered in good condition.

Although every effort is made to prevent damage to the mail, occasionally this will occur because of the great volume handled and the rapid processing methods which must be employed to assure the most expeditous distribution possible.

We hope you understand. We assure you that we are constantly striving to improve our processing methods in order that even a rare occurrence may be eliminated.

Please accept our apologies.

Sincerely,

Your Postmaster

Recycle if Clean & Dry
Store Drop-off
PLASTIC BAG
how2recycle.info