**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

330 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

April 18, 2025

Samuel Alexander Kuhl
Newaygo County Jail
PO Box 845
White Cloud, MI 49349

Re: RESPONSE FROM CLERK – Case No. 1:23-cr-44

Dear Mr. Kuhl:

The Clerk's Office received a motion in the mail from you on April 17, 2025. It came in as damaged from the United States Post Office. We have entered your motion as document #156. I am sending you a copy of the document that was placed on the docket as well as a docket sheet. If you would like to submit a new motion to replace this damaged document, please reference motion #156.

We are sorry for any inconvenience this may have caused you.

Sincerely,

CLERK OF COURT

/s/ S. Kivela

By: Deputy Clerk