**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg.<br>110 Michigan St., NW<br>Grand Rapids, MI 49503<br>(616) 456-2381 | 107 Federal Bldg.<br>410 W. Michigan Ave.<br>Kalamazoo, MI 49007<br>(269) 337-5706 | 113 Federal Bldg.<br>315 W. Allegan St.<br>Lansing, MI 48933<br>(517) 377-1559 | 330 Federal Bldg.<br>202 W. Washington St.<br>Marquette, MI 49855<br>(906) 226-2021 |
|---|---|---|---|

April 21, 2025

Samuel Alexander Kuhl
Newaygo County Jail
PO Box 845
White Cloud, MI 49349

Re: RESPONSE FROM CLERK – Case No. 1:23-cr-44 and 1:25-cv-33

Dear Mr. Kuhl:

I am writing you this letter to apologize. The motion that I wrote to you about on April 18, 2025, was entered into case 1:23-cr-44 in error. We were able to read part of the caption and caught our error. It is now entered into the correct case of 1:25-cv-33. I am sending you docket sheets of each case so you can see the record for each case. You were previously sent a copy of the damaged motion. If you would like to submit a new motion to replace this damaged document, please reference motion #35.

Again, please accept my apology for any confusion.

Sincerely,

CLERK OF COURT

/s/ S. Kivela

By: Deputy Clerk