**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**THE UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SAMUEL ALEXANDER KUHL,**

**Defendant.**

**Case No. 1:23-cr-44**

**Hon. Jane M. Beckering**
**United States District Judge**

---

**STANDBY COUNSEL'S MOTION FOR DIRECTION REGARDING STANDBY FUNCTION**

---

Scott Graham, standby counsel for Samuel Alexander Kuhl, moves this Court to provide direction regarding the scope of assistance that standby counsel should provide for Mr. Kuhl.

IN SUPPORT THEREOF, it is stated:

1. Mr. Kuhl is charged in a two-count Superseding Indictment with Sexual Exploitation of a Minor and Coercion and Enticement and Attempted Coercion and Enticement.

2. The parties appeared on March 6, 2025, for a hearing regarding Mr. Kuhl's request to represent himself. An Order entered on March 7, 2025, granting Mr. Kuhl's request to represent himself and further ordered that I would serve as standby counsel (R. 95, PageID 320).

3. Defendant has been provided with discovery produced to date.

4. Standby counsel is willing to do whatever is appropriate to fulfill his role in the case.

5. There seems to be confusion between Mr. Kuhl and myself regarding my role in the case.

6. Specifically, Mr. Kuhl believes that he has the right to use CJA counsel as support personnel.

7. Mr. Kuhl will also require the use of a laptop. Mr. Kuhl has been provided with discovery to date; however, additional discovery is expected; specifically, recorded interviews, video footage, and phone extractions that will require a laptop. Mr. Kuhl is currently lodged in the Newaygo County Jail. Newaygo does not supply inmates with laptops. Is standby counsel responsible for providing Mr. Kuhl with a laptop as well as the external drives that will be required for transmission of discovery?

8. I think that it would be helpful to the case if the Court would conduct a hearing in order to discuss the scope of standby counsel's duties.

**WHEREFORE**, standby counsel moves this Court for guidance regarding the scope of services to be provided to Mr. Kuhl.

Date: April 22, 2025

**SCOTT GRAHAM PLLC**

By: /s/ Scott Graham
Scott Graham
Standby Counsel for Defendant
Business Address:
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585