UNITED STATES OF AMERICA
WESTERN DISTRICT OF MICHIGAN

United States of America,
Plaintiff,

v.

Samuel Alexander Kuhl,
Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

FILED - GR
April 21, 2025 12:50 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 4-21

# DEFENDANT'S STATEMENT OF FACT AS TO DISCOVERY RECEIVED

Mr. Kuhl comes before the Court to state the following facts as to what has been provided to him by Mr. Graham, standby counsel, and the date Mr. Kuhl received such materials.

1. Defendant did receive "Discovery 1" in approximately the third week of January 2025, however, contrary to Mr. Graham's Attachment To Report (Page I.D. 1039), the Search Warrant for 2 Cell phones was not within these materials. (Search Warrant - 01/25/23)
2. As to the report prepared by Scott Graham referenced in statement no. 10 of the Report By Stand-by Counsel Regarding Discovery Received From The Government And Provided To The Defendant (Page I.D. 1037), Defendant has not received it. This report is a description of the visual depictions at issue in this case.

3. In the description of "Discovery 2" in the Attachment To Report (PageID.1040), there is nothing described for BATES NUMBER 00000514-00000527, nor has this material been provided to Defendant.

4. The January 25, 2023 Cell Phones Search Warrant, listed as the last item of "Discovery 1" on Page 1 of Attachment To Report (PageID. 1039), was finally provided to Defendant on April 15, 2025. (Referenced in no. 1 of this filing)

## DISCOVERY MATERIALS NOT PROVIDED

Numerous materials have not been provided to Defendant despite multiple requests. These materials are subject to disclosure under Fed. R. Crim. P. 16 and 12(b)(4)(B). Such materials are:

1. Complete transcript of messages obtained from the Samsung phone extraction by MSP. Only a synopsis of these messages has been disclosed to Mr. Kuhl in MSP Incident Report FIT-000091-22 (Discovery BATES NUMBER 0000015-0000022)
2. Complete transcript of messages alleged to be between Defendant and Minor 1 obtained from January 25, 2023 search warrant of 2 phones.
3. Phone #s linked to the Samsung and iPhone cell phones at the time of the alleged messages between Defendant and Minor 1 that were

searched pursuant to January 25, 2023 Search Warrant.

4. IMEI and ICCID of the iPhone searched pursuant to the January 25, 2023 Search Warrant.

5. ICCID of Samsung Phone searched pursuant to January 25, 2023 Search Warrant.

6. Phone # of Samsung Phone seized by Wyoming PD on 10/13/22 and turned over to MSP, on or about 10/31/22.

7. ICCID of the Samsung seized by Wyoming PD on 10/13/22 and the ICCID of the SIM card supposedly taped to the back of this Samsung phone.

8. Phone #, IMEI, and ICCID of Green iPhone seized by Wyoming PD on 10/13/22.

Respectfully Submitted,

S. Kuhl April 16, 2025

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

Samuel Alexander Kuhl #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
17 APR 2025 PM 6 L




Clerk of Court
U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399