**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**THE UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SAMUEL ALEXANDER KUHL,**

**Defendant.**

**Case No. 1:23-cr-44**

**Hon. Jane M. Beckering**
**United States District Judge**

---

## CERTIFICATE REGARDING CONCURRENCE

---

Pursuant to L. Crim. R. 12.4, Standby Counsel for Defendant sought concurrence with AUSA Timothy VerHey and AUSA Olivia Ghiselli regarding Standby Counsel's Motion for Direction Regarding Standby Function. Mr. VerHey indicated via email that the government does not oppose Standby Counsel's motion.

Date: April 23, 2025

**SCOTT GRAHAM PLLC**

By: /s/ Scott Graham
Scott Graham
Standby Counsel for Defendant