UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23-cr-00044-JMB

vs.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
_________________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motions has been scheduled as set forth below:

| | |
|---|---|
| Motions: | Motion to Compel - #145<br>Motion for Direction Regarding Standby Function - #159 |
| Date/Time: | April 29, 2025 1:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*The parties should be prepared to address: (1) Mr. Kuhl's position as to the discovery he believes he has not received; (2) the government's position, in response, as to whether Mr. Kuhl is entitled to the evidence he seeks.*

RAY KENT
U.S. Magistrate Judge

Dated: April 23, 2025

By: /s/ Brenda Glass
Courtroom Deputy