# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| | |
|---|---|
| **USA v.** Samuel Alexander Kuhl | **Mag. Judge:** Sally J. Berens |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-00044-JMB | 4/25/2025 | 10:01 AM - 10:20 AM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Timothy Peter VerHey & Olivia Kay Ghiselli | Scott Graham (standby counsel) | CJA Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Superseding Indictment, Counts 1-2 | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>✓ Arraignment:<br>✓ mute __ nolo contendre<br>__ not guilty __ guilty<br>__ Initial Pretrial Conference<br>__ Detention (waived __)<br>__ Preliminary (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: ________ | __ Defendant's Rights<br>__ Waiver of ________<br>__ Consent to Mag. Judge for ________<br>__ Other: ________<br><br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>__ Other: ________ | Guilty Plea to Count(s) ________<br>of the ________<br>Count(s) to be dismissed at sentencing: ________<br>Presentence Report:<br>__ Ordered __ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: ________<br>Probation: ________<br>Supervised Release: ________<br>Fine: $ ________<br>Restitution: $ ________<br>Special Assessment: $ ________<br>Plea Agreement Accepted: __ Yes __ No<br>Defendant informed of right to appeal: __ Yes __ No<br>Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ ________ |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** **J. Norton** |