UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-44

Honorable Jane M. Beckering

**ORDER**

Defendant appeared before me with standby counsel on April 29, 2025, for a hearing on defendant's Motion to Compel (ECF No.145) and Standby Counsel's Motion for Direction Regarding Standby Function (ECF No. 159) , which were referred to the undersigned for disposition. For the reasons stated on the record at the hearing held on this date, defendant's Motion to Compel is **GRANTED in part**.

**IT IS FURTHER ORDERED** that the Court will allow Standby Counsel to self-define the scope of assistance provided to the defendant as it relates to discovery matters.

**IT IS SO ORDERED.**

Date: April 29, 2025

/s./ Ray Kent
RAY KENT
United States Magistrate Judge