UNITED STATES DIST[RICT COURT]
WESTERN DISTRICT OF [MICHIGAN]

FILED - GR
May 5, 2025 12:31 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB / 5/5

UNITED STATES OF AMERICA,
Plaintiff,
v.
SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
Hon. Jane M. Beckering
Oral Argument Requested

*EXPEDITED*

MOTION TO RETURN PROPERTY

Defendant now comes before this Honorable Court to request that the Government be ordered to return the Samsung Galaxy S21 seized by Indiana State Police in November of 2021. Mr. Kuhl also seeks the return or destruction of all information seized from From Facebook USER ID 100069953831672 pursuant to the March 8, 2022 search warrant issued. See In re Search of Information Associated With the 5 Facebook ID Numbers, 1:22-mj-131 (W.D. Mich.).

Additionally, Mr. Kuhl seeks return or destruction of all information seized from Facebook ID Number 100009165769099, other than the messages between this account and Minor 1's Facebook User ID 100050050909340. Moreover, Mr. Kuhl seeks return of all information seized from iPhone D54pAP other than the two depictions that

the Government describes in its Response to Defendant's Expedited Motion For Discovery (ECF No. 123, Page ID. 774).

Further, Mr. Kuhl seeks return of all information seized from the Samsung Galaxy S22 IMEI 356045392115239, other than the 3 depictions described in MSP report FIT-0000091-22 provided in discovery and identified by the Government in ECF No. 123, Page ID. 773.

LAWFUL AUTHORITY SUPPORTING MOTION

"A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return." Rule 41(g) of Fed. Rules Crim. P.

The property Mr. Kuhl seeks return of is not evidence to this crime charged against him. Neither is there any ongoing investigation involving such property. Clearly, the Government has identified the two phones at issue in the forfeiture allegation. An iPhone 12 seized by Indiana authorities and turned over to the FBI, is described in the Forfeiture Allegation. Mr. Kuhl is not requesting return of the phone or the messages the Government contends are between Defendant and Minor 1, nor the two depictions they contend constitute child pornography. However, Mr. Kuhl does seek return of all other information

within this iPhone 12. Defendant has a right to privacy and the Federal government has had possession of this property over 3 years unbeknownst to Mr. Kuhl who repeatedly sought return of this iPhone through legal counsel Jesse Harper of Indiana who told Defendant the phone's location was not mentioned and unknown of.

Every Court, it seems, has recognized that a person who seeks return of property that is not part of an ongoing investigation or subject to forfeiture. While the iPhone 12 and Samsung Galaxy S22 are subject to forfeiture, only select photos described above and a text conversation are contraband or evidence of this crime. Thus, Mr. Kuhl seeks immediate return of the contents within those phones not related to this case.

As for the Samsung Galaxy S21 seized from Indiana, that is not listed on the Forfeiture Allegation, nor described as containing evidence or contraband related to this crime. Thus, this phone should be returned to Mr. Kuhl. The same goes for Facebook User ID 100069953831672. Accordingly, all data from this account should be returned to Mr. Kuhl.

Numerous cases support a person has a right to privacy. See Fisher v. United States, 425 U.S. 391, 399 (1976) (although in the context of privileged communication it held

individuals have a privacy interest in their documents and conversations). The same logic applies to personal effects that are not material to this case. See United States v. Uribe-Londono, Fed. Appx. 628, 629-30 (1st Cir. 2007); United States v. Bacon, 12-40923 (5th Cir. Nov. 8, 2013). Moreover, the seizure of the majority of this material was in relation to a closed fraud investigation which resulted in no charges. Accordingly, Kuhl seeks return of the described property immediately.

Respectfully,

S. Kuhl April 30, 2025

S. Kuhl 61189510

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
1 MAY 2025 PM 2 L




Court Clerk
U.S. District Court
399 Fed. Bldg
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399