UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
May 7, 2025 12:06 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB/5/7

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case no. 1:23-cr-44
Hon. Jane M. Beckering
*EXPEDITED*
Magistrate Hon. Ray Kent

# MOTION FOR DISCOVERY

Defendant now comes before this Honorable Court proceeding pro se to request the following information. Mr. Kuhl makes this request in accordance with the Court's Standing Order Regarding Discovery In Criminal Cases (Administrative Order No. 20-RL-066. Mr. Kuhl has previously attempted to contact the Government regarding discovery requests and was ignored. See ECF No. 108-1.

Accordingly, Mr. Kuhl's feels it is futile to attempt requesting the materials sought from the Government and feels any such attempt will be ignored. Moreover, due to Mr. Kuhl's pro se capacity and difficulty contacting stand-by counsel, the most appropriate thing to do is address the Court.

Defendant is aware that he recently sent the Court a request for discovery dated 4/29/25 or 4/30/25, as well as had a hearing on the 29th regarding his Motion to Compel Discovery (ECF No. 145). However, that hearing was strictly limited to the materials requested in that motion specifically which was filed before the

Superseding Indictment (ECF No. 147). Accordingly, Mr. Kuhl seeks additional discovery beyond the materials discussed at the hearing on the 29th of April.

Further, the materials requested here are not the limit as to what Defendant may deem necessary to adequately investigate and defend against this criminal prosecution. For this reason Mr. Kuhl requests a discovery conference to address any additional requests for discovery that may become necessary as Defendant further reviews evidence that has been disclosed as well as evidence he is waiting on from his own investigation into this case and relevant facts and circumstances. The materials requested at this time are:

1. The exact number of child pornography cases Special Agent Jeff Buttery of the FBI has investigated and his specific capacity in such cases. This is limited to all such cases on or before February 8, 2023. This could be possible Giglio material due to SA Buttery's claim he has been involved in numerous child pornography cases in both the 1/25/23 and 2/8/23 search warrants involved in this case, even though only being employed by the FBI since 2019. This information could also be used to support suppression of SA Buttery's search warrants.
2. Any notes, recordings, or other record made as to the search, seizure, and examination of the 2 phones of the January 25, 2023 search warrant and the Facebook of the 2/8/23 search warrant.

Respectfully Submitted,

S. Kuhl May 2, 2025

S. Kuhl 61189510

P.O. Box 845

White Cloud, MI 49349

Samuel Kuhl #61189510
Newaygo County Jail
PO Box 845
White Cloud, MI 49349

5 MAY 2025 PM 1 L




U.S. District Court
399 Federal Building
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

49503-236399