UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED (GR)
U.S. District Court Clerk
MAY 07 2025
JL

In re Matter of the Search of
Information Associated With
5 Facebook ID Numbers

Case no. 1:22-mj-131
Hon. Magistrate Ray Kent

# RULE 41(g) MOTION FOR RETURN OF PROPERTY

I, Samuel Alexander Kuhl, seek return of all information seized from Facebook ID 100053831672. This Facebook belongs to me and no criminal charge has been brought relating to its contents and the investigation connected to this account has been closed. Not only was the search and seizure for this account and all its contents unlawful, there is no lawful purpose for it to remain in the government's custody. I have a privacy right to the data of this account and it is embarrasing and harassing for the government to possess it needlessly and doing so is an intrusion into my privacy and personal life. Under Rule 41(g) of Fed R. Crim. P., a person who is aggrieved by the ~~retention~~ deprivation of his property may moved to have it returned.

"The whole thrust of the cases that we have cited is that when property is seized from a person, the court must return it to that person when it is no longer needed by the government." U.S. v. Wright, 610 F.2d 930, 939 (D.C. Cir. 1979). The seizure of this Facebook account's data has not been implicated in any criminal charge and was tied to an FBI/Kalamazoo Public Safety fraud investigation that has since been closed. See page 30 of KDPS Incident/Investigation Report # 22-016407,

stating that the fraud investigations into me have been closed including the KDPS/FBI (KDPS # 22-005993) fraud investigation.

Accordingly, I seek that the entirety of this Facebook's contents be returned to me or destroyed. I pray for this relief immediately.

Respectfully,

S. Kuhl May 1, 2025

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
5 MAY 2025 PM 6 L




RECEIVED (GR)
U.S. District Court Clerk
MAY 07 2025
Western Michigan

Clerk of Court
U.S. Dist. Court
399 Fed. Building
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

49503-236399