UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Defendant Samuel Alexander Kuhl, proceeding *pro se*, has recently filed three motions to return property pursuant to Federal Rule of Criminal Procedure 41(g). These motions are docketed as ECF Nos. 170, 178, and 179. On May 7, 2025, the Court referred ECF No. 170 to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(A). Having further reviewed the motions, the Court will vacate the referral Order as to ECF No. 170 and, in due course, the Court will resolve the motions to return property. Consistent with Local Criminal Rule 47.1(c) and/or Local Criminal Rule 47.2(c), the Court will direct the government to respond no later than May 27, 2025. The government's response shall include the government's position as to whether any of the property Kuhl seeks returned is evidence in the above-captioned criminal matter. Accordingly,

**IT IS HEREBY ORDERED** that the Court's May 7, 2025 referral of two motions to the Magistrate Judge is VACATED IN PART to the extent that the Court referred ECF No. 170.

**IT IS FURTHER ORDERED** that the government shall respond to ECF Nos. 170, 178, and 179 consistent with the Court's instructions herein and no later than May 27, 2025.

Dated: May 12, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge