UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

This matter is before the Court on Defendant's *pro se* Motion to dismiss and for replacement of stand-by counsel (ECF No. 182). Exhibit 2 (ECF No. 182-2) to the motion is allegedly a letter from stand-by defense counsel to Defendant. Although the Court has not confirmed the authenticity of the letter, the Court will restrict access to this particular exhibit due to the filing containing potential confidential communication between Defendant and stand-by counsel. Accordingly:

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to restrict access to Exhibit 2 (ECF No. 182-2), with access limited to only the Court and stand-by defense counsel.

Dated: May 15, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge