UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23−cr−00044−JMB

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
________________________________/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Discovery − #171<br>Motion for Discovery − #172<br>Motion to Appoint Counsel − #182 |
| Date/Time: | June 5, 2025 10:00 AM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

RAY KENT
U.S. Magistrate Judge

Dated: May 15, 2025

By: /s/ Brenda Glass
Courtroom Deputy