**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**THE UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SAMUEL ALEXANDER KUHL,**

**Defendant.**

**Case No. 1:23-cr-44**

**Hon. Jane M. Beckering**
**United States District Judge**

---

## STANDBY COUNSEL'S SECOND STATUS REPORT

---

Scott Graham, standby counsel in this case, provides this second status report to describe items provided to Mr. Kuhl.

1. My office provided Mr. Kuhl with a laptop computer to use in order to review evidence. As part of this process, we obtained a laptop and had a vendor "scrub" the device of anything that the Newaygo County Jail would deem unacceptable. Newaygo County Jail personnel cleared the laptop for Mr. Kuhl's use and Mr. Kuhl began using that laptop on or about May 7, 2025.

2. We have provided Mr. Kuhl with all of the discovery that we have received from the government in this case.

3. I have reported to Mr. Kuhl regarding the CSAM that I reviewed with FBI Special Agent Buttery.

4. We have facilitated the retention of an expert witness, Adam Kelly, who is willing to work on issues relating to the use of three mobile telephones and content stored on the phones.

5. We have taken numerous telephone calls from Mr. Kuhl and his family.

6. I have been willing at all times to schedule a call with Mr. Kuhl.

7. I spoke with Mr. Kuhl on May 21, 2025, and asked him if there was anything that he needed from me or my office. He did not identify anything.

8. We have provided Mr. Kuhl with approximately 5,000 pages of legal research. In doing this, we have reviewed research materials provided by Mr. Kuhl's family to make sure that they are actually research documents.

9. I am unaware of any request from Mr. Kuhl that is unfulfilled.

WHEREFORE, I submit this second status report for the Court's consideration.

Date: May 22, 2025

**SCOTT GRAHAM PLLC**

By: /s/ Scott Graham
Scott Graham
Standby Counsel for Defendant
Business Address:
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585