UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

FILED - GR
May 22, 2025 12:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 5-22

# MOTION FOR DISCOVERY

Defendant now comes before the Court requesting that the Government be compelled to disclose all evidence intended to be used at trial or within its possession that is discoverable under Fed. R. Crim. P. 16(a)(1)(E). This includes the evidence referenced in the Government's Initial Pretrial Conference Summary Statement (ECF No. 66) in Section "C Documents and Tangible Objects" (PageID.249) and Section "F" Notice Under FRE 404(b) (PageID.249).

Furthermore, Defendant requests that the Government be compelled to disclose the "Computer Forensics" reports referenced in ECF No. 66 at PageID. 249 in Section "D Reports of Examinations and Tests".

## REASONS FOR REQUEST

Defendant brings this request in an attempt to clarify he is

seeking all evidence that he is entitled to under discovery to ensure due process and the ability to adequately prepare a defense for himself, as well as avoid surprise at trial.

Moreover, due to Section "C" of ECF No. 66 at PageID.249 not checking the box specifying which documents, tangible objects, and physical evidence the Government has, Defendant wants to be properly notified of and provided with such material. Kuhl requests any evidence obtained from Minor 1's electronic device(s) and/or social media that may be used against Kuhl, as well as evidence which may show a propensity to engage in conduct or conversation of a sexual nature.

Additionally, Defendant seeks specific notification of the "One text discovered during the investigation [that] discloses Kuhl attempting to persuade a second minor female to have sexual relations with him." (PageID. 249) Because Defendant would like to review and possibly challenge the admissibility of such text message via a motion in limine or other legal process, he must be informed of the specific text and the surrounding context.

Wherefore, Mr. Kuhl requests this information be provided immediately and/or addressed at the hearing.

Respectfully,

[signature] 5/19/22

S. Kuhl 61189510

S. Kuhl 61189510
1035 James
P.O Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
20 MAY 2025 AM 4 L




U.S. District Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

"THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

LEGAL MAIL

49503-235399