UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICH[IGAN]

FILED - GR
May 22, 2025 12:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW 5-22

UNITED STATES OF AMERICA,
Plaintiff,

Case No. 1:23-cr-44

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,
Defendant.

# MOTION TO PROVIDE NOTICE TO COURT AND REQUEST DISCOVERY FROM GOVERNMENT

Defendant is filing this pleading to notify the Court of his request to the Government for discovery materials and reminding the Government as to deadline for Transcripts of messages Ordered to be disclosed by U.S. Magistrate Kent on 4/29/25.

Respectfully,
S. Kuhl 5/15/25
S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

Dear U.S. Attys. VerHey and Ghisseli,

I am writing this letter to remind you of the Order issued on record at the hearing on 4/29/25 regarding transcripts of the messages, whether text or Facebook, you have that are alleged to be between myself and Minor 1. I realize it will take a few days for you to receive this letter so I'm writing it today, May 15, 2025, anticipating you will receive it on the 20th of this month. Accordingly, the 20th is one week before the paper transcripts are to be provided to me as the Court ordered such transcripts be provided to me within 28 days, resulting in the 27th of this month being the date to not exceed.

I further write requesting the inventory return and date of execution for the Search Warrants of 6/29/22 and 3/8/22. The 3/8/22 Search Warrant is for 5 Facebook Accounts and is in Defendant's copy of discovery as BATES 449-478. The 6/29/22 Search Warrant is for 4 Smart Phones and is in discovery as BATES 479-513.

It is further requested that all child pornography cases involving SA Jeff Buttery be disclosed in so far as the number of cases and SA Buttery's status/position in the case. This data is requested from the date SA Buttery began working for the FBI until February 8, 2023.

Another matter of request is the FBI Case number for the case and investigation leading to this case. Accordingly, I

request all records, incident reports, affidavits, search warrants, and any other information/material directly referenced under such case number within the FBI database.

I also ask that you review the requests I've made for additional discovery with the Court thus far. See ECF Nos. 171 and 172. Accordingly, I ask for those materials as well.

Furthermore, any audio messages seized under the warrants of the Federal or State law enforcement agencies that are alleged to be between Defendant and Minor 1. I request these materials be provided by the 27th of this month along with the transcripts ordered at the hearing on 4/29/22.

Thanks,

S. Kuhl 5/15/25

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
20 MAY 2025 AM 4 L




U.S. District Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

~~49503-236399~~