UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Among Defendant's motions now pending before the Court in this case are ECF Nos. 188, 189, and 190. In these filings, Defendant moves to suppress evidence. Pursuant to the Local Rules and the Court's prior orders in this case, the parties in this case must seek leave to file additional pretrial motions by (1) filing a motion for leave to file the pretrial motion that sets forth good cause for filing the motion after the pretrial motion deadline and (2) attaching to the motion for leave the pretrial motion the party proposes to file. In addition, the Local Rules do not permit handwritten briefs exceeding twenty-five (25) pages in length. W.D. Mich. LCrimR 47.1(b)(i). Defendant did not seek leave to file these pretrial motions. Moreover, the motions, which reference each other and contain overlapping issues, total approximately 153 pages. Therefore, ECF Nos. 188, 189, and 190 are DISMISSED WITHOUT PREJUDICE to refile them in accordance with all applicable procedural rules and prior orders of this Court.

**IT IS SO ORDERED.**

Dated: May 23, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge