UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Judge

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS FOR RETURN OF PROPERTY (R. 170, 178, 179)**

In three separate motions, Kuhl seeks the return of property seized during the government's investigation of him. He specifically focuses on information taken from cell telephones and Facebook accounts not specifically tied to the child sex offenses currently charged against him. (R. 170, Motion to Return Property, PageID.1174; R. 178, Fed. R. Crim. P. 41(g) Return of Property Motion, PageID.1371; R. 179, Rule 41(g) Motion for Return of Property, PageID.1374.) The Court has ordered the government to respond to these motions by May 27, 2025. (R. 180, Order, PageID.1377.) The government opposes Kuhl's requests because they are logistically impractical and are not legally supported.

As noted in Kuhl's motions, the government seized cell telephones and Facebook accounts. Some disclosed child sex offenses and others did not. However, those that did not do disclose child sex offenses, do contain evidence of other criminal activity for which the statute of limitations has not yet expired. Kuhl essentially requests the return of all

information not relevant to the current pending charges. He relies principally on Federal Rule of Evidence 41 to make this request.

Rule 41(g) provides:

> (g) Motion to Return Property. A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue necessary to decide the motion. If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings.

Courts have interpreted this provision to mean that the defendant (or some other claimant with an interest in the property) can petition a court for the return of seized property, but only after the pending case has been concluded. E.g., *Savoy v. United States*, 604 F.3d 929, 932 (6th Cir. 2010); *United States v. Adams*, 2023 WL 5530539 *12 (N.D. Ohio 2023)(citing cases). Even then, the government may keep the interest if it can show that it would be helpful to an ongoing investigation. *United States v. Vaccaro*, 602 F Supp 3d 1027, 1029 (N.D. Ohio 2022)(citing cases). Kuhl's motion should be denied because the case against him has not been concluded.

Even if this legal authority could be overlooked, the data that Kuhl seeks to have "returned" is intertwined with the electronic data that incriminates him. Specifically in his expedited motion to return property, Kuhl seeks "return or destruction of all information seized" from Facebook, aside from his conversations with Minor 1. (R. 170, PageID.169.) Similarly, he requests the return of "all information seized" his iPhone, aside from two photos. (Id.) However, Kuhl has repeatedly expressed concerns with the

integrity of the evidence seized. It is not possible to simply excise the benign information from the incriminating without compromising chain of custody concerns.

For both these reasons, Kuhl's motions should be denied.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: May 27, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 27, 2025, a copy of United States' Response to Defendant's Motions for Return of Property (R. 170, 178, 179) was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404