UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering

**ORDER**

Defendant Samuel Alexander Kuhl, proceeding *pro se*, has recently filed four motions that have been referred to the undersigned. These motions are docketed as ECF Nos. 171, 172, 182 and 191. Pursuant to Local Criminal Rule 47.2(c), the Court will direct the government to respond to these motions no later than June 2, 2025.

**IT IS HEREBY ORDERED.**

Dated: May 28, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge