UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

______________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Court Judge

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO DISCOVERY ORDER (R. 169)**

A hearing was held on April 29, 2025, in connection with Kuhl's motion to compel discovery. (R. 145, PageID.1041.) Magistrate Judge Kent orally ruled that Kuhl could not obtain the interview of Minor 1.

Date: May 28, 2025

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

*/s/ Olivia Kay Ghiselli*

OLIVIA KAY GHISELLI
TIMOTHY VERHEY
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 28, 2025, a copy of United States' Response to Defendant's Objections to Discovery Order (R. 169) was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Olivia Kay Ghiselli*
OLIVIA KAY GHISELLI
TIMOTHY VERHEY
Assistant U.S. Attorneys
P.O. Box 208
Grand Rapids, Michigan 49501
(616) 456-2404