UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

FILED - GR
May 27, 2025 1:46 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW 5-28

MOTION FOR LEAVE TO FILE
UNTIMELY MOTION (ECF No. 174)

Defendant requests this Honorable Court to allow Kuhl to file the untimely Motion To Dismiss Superseding Indictment (ECF No. 174). Due to the Superseding Indictment being brought at a later date and the increase of timeframe charged is triple that of the original indictment, Kuhl could not challenge the indictment previously and the increased timeframe substantially compounds the indictment's lack of specificity. Moreover, Kuhl was able to obtain other indictments from within this district that clearly display how Defendant's indictment is fatally lacking specificity and fails to notify him of his conduct established the elements of the offense described. Further, the inclusion of "persuaded" and "enticed" to "used" in Count 1's second statement only creates more confusion to the narrative alleged that Mr. Kuhl received and stored photos or videos, because "used" is not the appropriate actus reus

verb to apply in such context.

Additionally, Kuhl has not acted dilatorily or in bad faith bringing this motion. He realizes that is a high burden to prove an indictment facially defective, and only tried to clearly and fully state how the superseding indictment is so invalid, Kuhl has overcome that burden through his pleading.

For these reasons, Defendant seeks the Court grant him leave to file the untimely complaint. One other matter which may not sway the Court, but Mr. Kuhl states with hope and honesty, is that he truly believed in ignorance that the motion deadline would reset due to the superseding indictment and he also was thinking the Court would grant his motion for reconsideration. Wherefore, Kuhl prays for the relief of leave to file an untimely motion. Kuhl received this Honorable Court's Opinion and Order (ECF No. 184) today 5/20/2025 dated 5/15/25.

Respectfully,

S. Kuhl May 20, 2025
S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

S. Kuhl 6118951D
1035 James P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
22 MAY 2025 AM 4 L




"THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY

U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49349

LEGAL MAIL

49503-236399