UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
May 27, 2025 1:46 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 5-28

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

MOTION SEEKING LEAVE TO FILE A BRIEF IN EXCESS OF PAGE LIMIT

Defendant now comes before the Court requesting leave to file his Motion to Dismiss Superseding Indictment (ECF No. 174) which exceeds the page limit under W.D. Mich. LCrR 47.1(b)(i). Due to Kuhl addressing multiple grounds for dismissal in one motion it is necessary to attempt to adequately brief his argument as to each ground. Further, Mr. Kuhl's motion does not exceed 10,800 words and the notebook paper he is using not as large as legal pad or computer paper. Additionally, while it may not ~~necessarilty~~ necessarily be good cause, Kuhl does feel his lack of eloquence and experience in legalese, as well as his good faith, should be reason for the Court to consider in exercising its broad discretion. Wherefore, Defendant respectfully requests and prays for the relief requested as to ECF No. 174.

Respectfully, S. Kuhl 5/20/25

S. Kuhl 61189510
1035 James P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
22 MAY 2025 AM 4 L




"THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY

U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49349

LEGAL MAIL

49503-236399