UNITED STATES OF AMERICA
DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

FILED - GR
May 27, 2025 2:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 5-28

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Case No. 1:23-cr-44

Hon. Jane M. Beckering

*Oral Argument Requested*

# MOTION IN LIMINE 1

Now comes Defendant respectfully requesting that the Government be prohibited from discussing any matter related to the Indiana incident pertaining to the following subjects:

1. Allegations Defendant possessed a firearm;
2. ~~Idenitity~~ Identity or identifying information of subjects involved;
3. Purpose of the stop by Indiana authorities; and
4. Allegations that Defendant threatened or physically harmed anyone.

Defendant makes this request for the following reasons:

1. Defendant was not convicted of any crime related to this incident.
2. The information and allegations are inflamatory and not related to the current charges against Defendant.
3. The prejudice to Defendant by disclosing such information and allegations to the jury outweighs substantially any probative value.

Respectfully, S. Kuhl 5/22/25

S. Kuhl 6118951O
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
22 MAY 2025 PM 6 L




U.S. District Court
399 Fed. Bldg.
110 Michigan ~~Ave~~. NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399