UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIG[AN]

FILED - GR
May 27, 2025 2:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 5-21

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

# MOTION IN LIMINE 2

Now comes Defendant, Samuel Kuhl, proceeding pro se, praying that the Government be precluded from discussing the following past criminal convictions of Mr. Kuhl because they bear no reasonable relation to the charged offenses and they were committed over 10 years ago. Thus, under FRE 609(b), such convictions should not be admitted. Additionally, Kuhl seeks that the Government be precluded from discussing certain specifics for convictions that are subject to disclosure during trial.

## I. Convictions Not to be Discussed

a. All Juvenile convictions

b. Receiving and Concealing Stolen Property (Firearm), date of offense 2/5/2009; date of sentence 5/3/2010

c. Resisting and Obstructing Police, date of offense 5/8/2009; date of sentence 5/3/2010

d. Delivery / Manufacture Marijuana, date of offense 5/22/2009; date of sentence 10/5/2009

e. Possession of Methamphetamine/Ecstacy, date of offense 4/4/10; date of sentence 5/3/2010

f. Possession of Cocaine Less Than 25 Grams, date of offense 11/30/2011; date of sentence 2/27/2012

g. Possession of Heroin Less Than 25 Grams, date of offense 12/24/2012; date of sentence 4/10/2013

h. Fleeing and Eluding Police - Vehicle, date of offense 7/15/2013; date of sentence 9/3/2013

i. Possession of Narcotics Less than 25 Grams, date of offense 7/15/2013; date of sentence 9/3/2013

II. Specifics Not to be Identified As To Convictions Subject to Disclosure

a. Assault With Dangerous Weapon, date of sentence 7/09/2018. Not to disclose any identifying information about victim, but may discuss circumstances surrounding incident.

b. Felon in Possession of a Firearm, date of offense 9/16/2021; sentence pending. Not to disclose any information other than Defendant possessed a firearm.

c. Felony Firearm x 2, date of offenses 9/16/2021; sentence pending. Not to disclose any information other than Defendant comitted a

felony by possessing a firearm; and Defendant committed a felony by threatening someone with a firearm but no physical harm was inflicted.

d. Assault with a Dangerous Weapon, date of offense 9/16/2021; sentence pending. Not to disclose any information other than Defendant threatened someone with a firearm who was harassing him.

To prevent substantial and undue prejudice, if Defendant does testify at trial, the Government is allowed only to speak of Defendant's criminal history as described above. Any arrest or investigation may not be spoken of that did not result in conviction. This is the relief Defendant respectfully request this Honorable Court to grant.

Respectfully,

[signature] 5/22/2025

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
22 MAY 2025 PM 6 L




THIS MAIL HAS ORIGINATED

U.S. District Court
399 Fed. Bldg.
110 Michigan ~~Ave~~. NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399