UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_________________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Court Judge

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE (R. 138)**

Defendant filed a Motion for Order to Show Cause Why Government Should Not be Sanctioned seeking a hearing. (R.138: Time-Sensitive Motion for Order to Show Cause Why Government Should Not be Sanctioned, PageID.986-994). The motion was filed on April 8, 2025. This motion is now moot and should be denied as such.

In his motion, Defendant requests additional information and detail about the videos charged in the indictment (R.138, PageID.987-8); the January 25, 2023, search warrant (R.138, PageID.988); and the messages seized as a result of the January 25, 2023, search warrant (R.138, PageID.989).

Standby counsel in this case has reviewed the videos underlying the charged conduct for Count 1 and prepared a summary report of this evidence for Defendant. (R.144: Report by Stand-by Counsel, PageID.1036-1038). Standby counsel reiterated in a later filing that he had, in fact, communicated about the videos with Defendant. (R.187: Standby Counsel's Second Status Report, PageID.1439-1440). Descriptions of the videos

were also provided in a Michigan State Police report provided to Defendant as part of Discovery 1, which he has acknowledged receiving. (R.144, PageID.1037; R.160: Defendant's Statement of Fact as to Discovery Received, PageID.1100-1103).

Defendant has acknowledged receipt of the January 25, 2023, search warrant. (R.160, PageID.1101).

During the motion hearing held on April 29, 2025, the government was ordered to produce the communications between Defendant and Minor 1 that took place via Facebook Messenger and text message. Pursuant to that order, Discovery 5 was sent to Defendant through standby counsel on May 21, 2025.

Defendant, in relief, seeks a hearing regarding the discovery. Defendant also seeks sanctions against the government. Defendant had a hearing on April 29, 2025, and Defendant's discovery requests have been met. For these reasons, the government requests that the Court deny Defendant's motion as moot.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: May 29, 2025

*<u>/s/ Olivia Kay Ghiselli</u>*
OLIVIA KAY GHISELLI
TIMOTHY VERHEY
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 29, 2025, a copy of United States' Response to Defendant's Motion for Order to Show Cause (R. 138) was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Olivia Kay Ghiselli*
OLIVIA KAY GHISELLI
TIMOTHY VERHEY
Assistant U.S. Attorneys
P.O. Box 208
Grand Rapids, Michigan 49501
(616) 456-2404