FILED - GR
May 29, 2025 12:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW 5-29

UNITED STATES OF AMERICA,

v. Case No. 1:23-cr-44

SAMUEL ALEXANDER KUHL, Hon. Jane M. Beckering

REQUIRED FOR THE RECORD
REQUEST FOR RECUSAL

The Court, Government, and all appointed Counsels in this case have conspired to deprive Kuhl of his civil and Constitutional rights. Indeed, this Court has refused to accept Kuhl's filings and that of his family as his rights were denied under the Sixth Amendment right to effective counsel and a speedy trial while held for over 6 months waiting to go to a four month evaluation. During this period, Kuhl's rights under due process and equal protection were also violated all to appease the Government at Kuhl's expense. The IDRA was also being violated during this time and the Court was aware of Parker Douglas's refusal to do anything. Yet the Court denied Kuhl and his family from doing anything using Parker representing Kuhl as the excuse. The records speak for themselves. See Kuhl v. Garland, 1:24-cv-239 (W.D. Mich.); Kuhl v. Mendham, 1:24-cv-248 (W.D. Mich.); Kuhl v. Garland, 1:24-cv-485 (W.D. Mich.).

While the Government has been allowed to take as much time as it pleases, Kuhl is not allowed 24 hours to

prepare pretrial motions and has been forced to file judicial complaints to stop this conspiratory abuse of power. Indeed, this Court intentionally set Kuhl's Faretta hearing for the day after his pretrial motion deadline. Indeed, Scott Graham lied to Kuhl about discovery and refused to file a motion to advance Faretta hearing and demand discovery. Indeed, U.S. Attorney Roth and SA Buttery laughed during Kuhl's Faretta hearing as Kuhl expressed concern about the discrepancies between the indictment and the partial discovery provided. Indeed, the paralegal of Mr. Graham has a conflict of interest due to her relationship with SA Buttery. Indeed, the Government Verltey and Ghisselli did not abide by Court Order to provide the returns from the search warrants, specifically transcripts of messages between Kuhl and Minor 1. Indeed, a hearing had to be held and the Government was given 4 weeks to provide Kuhl what is mandated under Fed. R. Crim. P. 16 B and was already ordered to be disclosed. Indeed, Mr. Kuhl can't even get 4 days to file timely motions because the Court doesn't want him to file his meritorious arguments. Indeed, multiple materials including search warrants and messages were held for over 3 weeks past the motion deadline but this Court refuses to do anything. Indeed, some of this material evidence has not been disclosed! Indeed, Kuhl

has filed a judicial complaint in the Sixth Circuit under No. 06-25-90062-63-64. Indeed, the Court continues to allow discovery to be withheld until the last minute and force Kuhl to have very little or no time to review the evidence. Indeed, the Motion in Limine Deadline is set for May 27, 2025, but Mr. Kuhl has not been notified of the text Government intends to introduce at trial under FRE 404(b) referenced in ECF No. 66. Indeed, this is the most flagrant usurpation of power by a Judicial official and why judicial immunity should not be so broad. Indeed, Mr. Kuhl has been forced to proceed pro se and now the Court is intentionally oppressing and mentally anguishing Kuhl to make him lose it. Indeed, this is what the Court hopes to happen. Indeed, this Judge sat along the Bench of MI Court of Appeals who finalized the theft of my mother's children and desecration of my family. Indeed this Court was once paneled by Robert Holmes Bell who refused my mother's suit against CPS in the late 80's. Indeed, this case was brought only after my attempted suit against CPS and I was attacked in MDOC. Indeed, the Government held Kuhl under the guise of weapons charges and federal probation violation while building this case. Indeed, Judge Jane M. Beckering must recuse herself from this matter.

Respectfully, J Kuhl

S. Kuhl 61184510
1035 James P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
27 MAY 2025 PM 3 L




U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49349

"THIS MAIL HAS ORIGINATED

LEGAL MAIL

49503-236399