**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 30, 2025

Mr. Samuel Alexander Kuhl
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349-0000

Re: Case No. 25-1496*, USA v. Samuel Kuhl*
Originating Case No. 1:23-cr-00044-1

Dear Mr. Kuhl,

Based on the notice of appeal filed in the district court on 05/27/2025, this appeal has been docketed as case number **25-1496**. The case number and official caption, as it appears on the enclosure, must appear on all documents submitted for filing in this case. **Because the defendant has not yet been sentenced, it appears that this appeal is premature.** For that reason, the Clerk's office has no instructions for you at this time.

Should this court take further action with respect to this appeal, you will be informed.

In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel of record for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

Sincerely,

s/Gretchen A.
Case Manager
Direct Dial No. 513-564-7018

cc: Ms. Olivia Kay Ghiselli
Mr. Timothy P. VerHey

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-1496**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

SAMUEL ALEXANDER KUHL

Defendant - Appellant