UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

FILED - GR
May 30, 2025 1:03 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: _____/_____

# MOTION IN LIMINE

Defendant now comes before the Court seeking that the Government be precluded from presenting the supposed photograph of my penis while urinating. The reasons for excluding such photo are as follows.

1. The photo is not sexually explicit conduct nor a tool of persuasion and will not only cause confusion in the jury, but its probative value is far outweighed by the prejudice Defendant will suffer.

2. It is needless cumulative evidence seeing as the Government claims to have multiple visual depictions of Minor 1, as well as tens of thousands of texts and Facebook messages between Minor 1 and Defendant over an almost 16 month period. Accordingly, since only two charges against Kuhl must be proved, the voluminous evidence the Government intends to introduce should be sufficient and not unnecessarily compounded by the photo at issue.

3. Ironically, this picture will remind jurors of the infamous music star R. Kelly who was convicted of sexually abusing numerous minors, and it was specifically well known that he urinated on one of his minor victims. Accordingly, the introduction of such photo will induce decision within the jury on a purely emotional basis. Indeed, the Notes Of Advisory Committee On Proposed Rules for FRE 403 states "availability of other means of proof may also be an appropriate factor." As stated in paragraph no. 2, the Government claims to have a more than substantial amount of evidence to prove the 2 charges here.

For these reasons, Defendant seeks the exclusion of the depiction at issue. Another reason is that both the initial and superseding indictment specifically allege that Defendant received and stored visual depictions, not sent them. Accordingly, exclusion of the photo at issue is the proper remedy.

Respectfully,

S. Kuhl 5/23/25

S. Kuhl 6118956
1035 James
P.O. Box 845
White Cloud, MI 49349

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349




Clerk of Court
U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL