UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,
v.
SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
Hon. Jane M. Beckering

FILED - GR
May 30, 2025 1:03 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW /5-30

FILE UNDER SEAL PAGES 11-12 OF THE ATTACHED MOTION IN LIMINE

Defendant moves to file under seal the attached pages 11-12 of his Motion in Limine because filing under seal is authorized by FRE 412(c)(2). Kuhl files this motion/notice out of caution and respect for the Court although such motion may not be necessary und LCrR 49.8(a).

Respectfully,
S. Kuhl 5/26/25
S. Kuhl 6118951O
1035 James
P.O. Box 845
White Cloud, MI 49349

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

U.S. Di
399 Fe
110 Mi
Grand 

LEGAL M




t. Court
l. Bldg.
chigan NW
apids, MI 49503

AIL