UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

This matter is before the Court on Defendant's *pro se* Motion for an ends of justice continuance (ECF No. 218). Currently, the final pretrial conference is set for June 17, 2025, and the jury trial is set for June 24, 2025. The Court will require the government to file an expedited response to the motion. Accordingly:

**IT IS HEREBY ORDERED** that the government shall, not later than June 6, 2025, file a response to the motion (ECF No. 218).

Dated: June 2, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge