UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Among Defendant's motions now pending before the Court in this case is ECF No. 216, in which Defendant seeks to file a portion of a motion (ECF No. 215 at PageID.1810–1811) under seal. Having reviewed Defendant's filings, the Court directs the Clerk of Court to file ECF No. 215 under Restricted Access, such that it is visible to the Court, Defendant, the government, and standby counsel. In addition, the Court directs standby counsel to perform the tasks set forth in Federal Rule of Evidence 412(c)(1)(D).

**IT IS SO ORDERED.**

Dated: June 2, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge