UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_____________________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering

**ORDER**

This matter is before the Court on Defendant's *pro se* Motion for sanctions (ECF No. 208). The Court will require the government to file a response to the motion. Accordingly:

**IT IS HEREBY ORDERED** that the government shall, not later than June 17, 2025, file a response to the motion (ECF No. 208).

Dated: June 3, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge