UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHI[GAN]

FILED - GR
June 4, 2025 12:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 6-4

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:23-cr-44

v. Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.

*EXPEDITED CONSIDERATION Requested*

MOTION TO WAIVE REQUIREMENT TO ATTACH EACH MOTION SOUGHT TO BE FILED UNTIMELY/EXCEED PAGE LIMIT TO EACH MOTION FOR LEAVE TO FILE UNTIMELY/EXCEED PAGE LIMIT

Defendant now comes before this Honorable Court requesting that it allow him an exception to ~~LCrR~~ the Court's Order that "additional pretrial motions must be filed as attachments to motions seeking leave to file" (ECF No. 184 at PageID.1428 referring to ECF No. 125). The reason for this request is due to the fact that such a requirement places an impossible financial burden upon Kuhl in his incarcerated pro se status.

Kuhl does not have a full record of the docket, but is quite certain that ECF Nos. 201 and 202 are motions for leave to file untimely and exceed page limit regarding Kuhl's motion to dismiss

(ECF No. 174). Accordingly, Kuhl has spent substantial money to pay for stamps to submit these motions and simply cannot afford to do so again. Indeed, Kuhl's only means of financial support has been has uncle who is currently unemployed, receiving financial assistance, and is struggling himself financially.

Further, Kuhl's pro se motions for leave (ECF Nos. 209 and 210), also incorporate by reference the motions it seeks leave to file as untimely and/or exceed page limit. Accordingly, the Kuhl prays the Court exercise its broad discretion to allow Mr. Kuhl some leniency in these files. Kuhl apologizes for any hinderance he may have caused the Court and Court staff, but brings these filings truly in good faith.

Wherefore, Kuhl respectfully prays for the relief of being able to incorporate by reference, motions already dismissed without prejudice on the docket, in his pro se motions for leave to file such motions. Indeed, all motions prior to ~~191~~ ECF No. 191, were filed before the Court had provided Kuhl with its Order (ECF No. 184) setting forth its decision denying Kuhl's request for reconsideration as to extending the deadline for pretrial motions.

Respectfully submitted,

S. Kuhl 5/29/25

S. Kuhl 61189510

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
2 JUN 2025 PM 1 L




Clerk of Court
U.S. District Court
# 399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO

LEGAL MAIL

49503-236399