UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________________/

**ORDER**

This matter is before the Court on Defendant's *pro se* Motion to appoint counsel *(advisory co-counsel)* (ECF No. 229). The Court will require the government to file a response to the motion. Accordingly,

**IT IS HEREBY ORDERED** that the government shall, not later than June 11, 2025, file a response to the motion (ECF No. 229).

Dated: June 4, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge