UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering

**ORDER**

Pending before the Court are Defendant's Motion Requesting Discovery and Clarification (ECF No. 171), Motion for Discovery (ECF No. 172), Replacement of Standby Counsel (ECF No. 182, PageID.1400-1402), Motion for Discovery (ECF No. 191) and Motion to Appoint Advisory Co-Counsel (ECF No. 229). The government filed its response to Motions for Discovery and Motion for Clarification (R. 171, 172 and 191) (ECF No.219).

After reviewing the motions and response and hearing oral arguments from the parties, the Court orders the following:

Motion Requesting Discovery and Clarification (ECF No. 171).

To the extent that it has not already done so, the government is ordered to produce the items requested in paragraphs numbered 1 and 2 (ECF No. 171, PageID.1179) and paragraphs 8 and 9 (ECF No. 171, PageID 1181). The Court denies the Motion in all other respects for the reasons stated on the record.

Motion for Discovery (ECF No. 191).

As to Defendant's Motion for Discovery, the government will review the "computer forensics reports" (ECF No. 191, PageID.1682) and if the reports do not contain prohibited images or other material, the government will produce the reports to defendant.

Motion for Discovery (ECF No. 172), Motion for Replacement of Standby Counsel (ECF No. 182 and Motion to Appoint Advisory Co-Counsel (ECF No. 229)

Defendant's Motions at ECF Nos. 172, 182 and 229 are denied in their entirety for the reasons set forth on the record.

Defendant's Motions are **GRANTED in part** as set forth above.

**IT IS SO ORDERED.**

Dated: June 6, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge