UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**MEMORANDUM OPINION AND ORDER**

Pending before the Court in this criminal case scheduled for a final pretrial conference on June 17, 2025 and trial beginning on June 24, 2025 are multiple motions filed by Defendant Samuel Alexander Kuhl, who is proceeding *pro se*.

***ECF No. 227***. Defendant filed a motion for leave to file a motion to sever the charges in this case (ECF No. 227). As the Court has previously stated, because the pretrial motion deadline expired on March 5, 2025, the parties must seek leave to file additional pretrial motions. *See* Op. & Ord., ECF No. 125 at PageID.830; Op. & Ord., ECF No. 184 at PageID.1430; Memo. Op. & Ord., ECF No. 223 at PageID.1861. In motions for leave, the parties must make a showing of good cause as to why the motions are necessary and were not filed before the pretrial motion deadline. *Id.* In his motion for leave, Defendant writes that he "just received a voluminous amount of discovery," and the evidence illuminated new arguments that he could raise in support of his request for severance of the charges.

On April 25, 2023, the Grand Jury returned an Indictment charging Kuhl with violations of 18 U.S.C. § § 2251(a) and (e) ("Count 1") and § 2422(b) ("Count 2") (Indictment, ECF No. 1).

The Grand Jury subsequently returned a Superseding Indictment against Kuhl on April 15, 2025 (ECF No. 147). Compared with the initial Indictment, the Superseding Indictment charges Kuhl with violating the same statutes and includes the same forfeiture allegations. The evidence supporting the charges is, according to the government, primarily Defendant's own messages. *See* ECF No. 225 at PageID.1868 ("the relevant evidence in this case is very simple: [D]efendant met Minor 1 online and then messaged her. During this electronic communication he persuaded her to send him pornographic images of herself and then persuaded her to engage in sexual activity with him.")

Because Defendant and his prior counsel knew what the charges were prior to the expiration of the pretrial deadline, and because the evidence that Defendant represents he recently received consists of electronic communications that he himself sent, the Court is not persuaded that Defendant has put forth good cause for the late filing of this motion. Accordingly, the motion for leave is properly denied.

***ECF No. 228***. Defendant filed a motion for leave to file a reply brief in support of his motion for return of property (ECF No. 170), to which the government filed a response (ECF No. 194) and which the Court has denied (ECF No. 224). The Court may permit reply briefs for non-dispositive motions. W.D. Mich. LCrimR 47.2(c). However, under these circumstances, and having reviewed the proposed filing, the Court declines to grant Defendant leave to file a reply brief.

***ECF No. 231***. Defendant filed a motion requesting that the Court permit his motions for leave to file certain motions—appearing on the docket at ECF Nos. 201, 202, 209, and 210—to incorporate, by reference, specific motions already on the docket that have been dismissed without prejudice to refiling them as attachments to motions for leave to file them. The Court has already

decided these motions for leave to file and, in doing so, did construe them to incorporate certain previously-dismissed motions by reference. Accordingly, Defendant has already been granted the relief he seeks in this motion and it is properly dismissed as moot.

**IT IS HEREBY ORDERED** that Defendant's motion for leave to file a motion to sever the charges (ECF No. 227) is DENIED.

**IT IS FURTHER ORDERED** that Defendant's motion for leave to file a reply brief (ECF No. 228) is DENIED.

**IT IS FURTHER ORDERED** that Defendant's motion regarding the requirement that he attach proposed filings to the motions appearing on the docket at ECF Nos. 201, 202, 209, and 210 (ECF No. 231) is DISMISSED AS MOOT.

Dated: June 9, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge