UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_________________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Court Judge

**GOVERNMENT'S MOTION TO EXTEND CERTAIN TRIAL DEADLINES**

The United States respectfully requests a three-day extension of certain deadlines currently set by the Court's pretrial order (R. 186: Order, PageID.1437.) Specifically, the government requests that it be permitted to its trial brief, joint statement of the case and voir dire by June 13, 2025, rather than on June 10. The basis for this motion is as follows:

1. Because the defendant is proceeding pro se, the government has had to take on the burden of facilitating the review of electronic evidence by the defense expert witness. This has proven to be very time consuming and has taken away time that could have been devoted to meeting the current filing deadlines.

2. On June 2, 2025, the Court entered an order requiring the government to respond to the defendant's motion to suppress evidence (R. 189, Motion, PageID.1543) within 10 days, by June 12, 2025. (R. 223: Order, PageID.1865.) This truncated response time has significantly decreased the amount of time available to meet the current trial filing deadlines.

3. In its trial brief the government intends to notify the Court and the defendant of its intent to summarize the voluminous messages between the defendant and Minor 1 in a summary chart falling under Federal Rule of Evidence 1006. The prosecution intends to provide the summary with the trial brief and so would like additional time to finish this process. It will assume for the time being that this will be objectionable to the defendant, and so fall within the deadline of June 10, 2025, for objectionable exhibits. (R. 186: Order, Page ID.1438.) The government would like to have until June 13 to accomplish this.

For these reasons, the government requests an extension of three days for these filing deadlines.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: June 9, 2025

/s/ Timothy VerHey
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 9, 2025, a copy of United States' Response to Defendant's Objections (R. 169) was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349