UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_________________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Court Judge

**CERTIFICATE IN ACCORDANCE WITH**
**LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 18-RL-85**

In accordance with L. Crim. R. 12.4 and Administrative Order No. 18-RL-85, the United States was unable to obtain concurrence with the Defendant because he is pro se and currently incarcerated.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: June 9, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2025, a copy of United States' Certificate in Accordance with Local Criminal Rule 12.4 and Admin. Order 18-RL-85 was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349