UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is the government's Motion to extend deadline (ECF No. 237), seeking a three-day extension of time to file its trial brief, joint statement of the case and statement of the elements, proposed voir dire questions, and any exhibits to which objections have been made. The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Motion to extend deadline (ECF No. 237) is GRANTED to the extent that the parties shall, not later than 9:00 a.m. on June 13, 2025, submit the documents identified above, if any.

Dated: June 10, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge