UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Court Judge

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO APPOINT ADVISORY CO-COUNSEL (R. 229)**

The Court ordered the government to respond to Kuhl's motion to appoint new standby/hybrid counsel by June 11, 2025. The government contends that this issue is moot because the Court took the matter up during the omnibus hearing conducted on June 5, 2025, and denied the motion. If this understanding is in error, the government will, of course, file additional materials upon notification by the Court.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: June 11, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 11, 2025, a copy of United States' Response to Defendant's Motion to Appoint Advisory Co-Counsel (R. 229) was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404