UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 11, 2025 1:32 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 6-11

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
Hon. Jane M. Beckering

PROPOSED VOIR DIRE QUESTIONS

Defendant now comes before the Court to submit his voir dire questions to be asked of the jury.

S. Kuhl 6/4/23

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

1. Have you, a family member, friend, loved one, or associate ever been a victim of sexual harassment or abuse?

2. Have you, a family member, friend, loved one, or associate ever worked for any government or law enforcement agency?

3. Have you, a family member, friend, loved one, or associate ever worked at a school, daycare, children's health facility, or other form of employment involving the care, supervision, and/or welfare of children?

4. Have you, a family member, friend, loved one, or associate been in an interracial relationship?

5. Have you, a family member, friend, loved one, or associate ever been in a physically or mentally abusive relationship?

6. What does the word "persuade" mean to you?

7. What does the word "entice" mean to you?

8. What does the word "induce" mean to you?

9. What does the word "coerce" mean to you?

10. Are you a mother, father, uncle, or ~~niece~~ aunt ?

11. Have you ever been subject to a Child Protective Service complaint or investigation, or any loved one, family member, friend, or associate?

S. Kuhl 6118951
1035 James
P.O. Box 845
White Cloud, MI 49349




U.S. District Court Clerk
399 Federal Building
110 Michigan NW
Grand Rapids, MI 49503

"THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY J...

LEGAL MAIL

GRAND RAPIDS MI 493
2025 PM 4 L