UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_________________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Court Judge

**STATEMENT OF THE CASE**

This is a criminal case in which the government says it will prove that in 2021 and 2022, the defendant communicated with a female under the age of 16 via Facebook Messenger and cell phone text messages. I will refer to this person as Minor 1 to protect her identity in this public setting. The government says during these communications, the defendant persuaded Minor 1 to transmit to him videos of herself engaged in sexually explicit conduct. The government also says it will prove that the defendant used electronic devices affecting interstate commerce to persuade Minor 1 to engage in sexual activity with him that is illegal under Michigan law.

There are two crimes charged against the defendant. The first is that he is guilty of sexual exploitation of a child. For the defendant to be guilty of this crime the government must prove

**First,** that the defendant employed, persuaded induced, enticed or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual

depiction of that conduct. It does not matter if the defendant produced the image or if he caused a minor to produce the visual depiction.

**Second**, that the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including computer.

The second crime charged against the defendant is that he persuaded a minor to engage in unlawful sexual activity. For the defendant to be guilty of this crime the government must prove

**First,** that the defendant knowingly persuaded, induced, enticed or coerced an individual under the age of 16 to engage in unlawful sexual activity.

**Second,** that the defendant used a means or facility of interstate or foreign commerce to do so.

**Third,** that the defendant knew the individual was under the age of 16.

I will give you more detailed instructions about both crimes later.

The defendant denies these charges.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: June 12, 2025

*<u>/s/ Timothy VerHey</u>*

TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2025, a copy of United States' Statement of the Case was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: June 12, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys