UNITED STATES OF AMERICA
DISTRICT COURT FOR
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 11, 2025 1:32 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 6-11

UNITED STATES OF AMERICA,
Plaintiff,

Case No. 1:23-cr-44

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,
Defendant.

# DEFENDANT'S PROPOSED EXHIBITS

1. Initial Indictment and Superseding Indictment
2. ECF No. 103 and 174
3. ECF No. 143 and 164
4. Federal Search Warrants of 3/8/22 and 6/29/22
5. KDPS Incident Report Case No. 22-005993
6. Portage Police Department Case Narrative for Case No. 21-28598
7. KDPS ARREST REPORT Arrest # 20003550
8. Search Warrant and Affidavit for case no. 20-018786

9. KDPS Incident Report Case No. 20-019036

10. KDPS Incident Report Case No. 22-016407

11. Wyoming PD Search Warrant and Affidavit 10/13/22

12. ECF No. 165, 166, and 135

13. Robert E. Barnett, The Original Meaning of the Commerce Clause 68 U. Chi. L. Rev. 101-147 (2001)

14. Justice Clarence Thomas concurring opinion in U.S. v. Lopez, 514 U.S. 549, 115 S. Ct. (1995)

15. Photos obtained of Kuhl during fraud investigation by KDPS and FBI (14 photos)

16. ECF No. 126

17. Decision of Bond v. U.S., 131 S. Ct. 2355 (June 16, 2011)

18. Decision of Bond v. U.S., 572 U.S. 844 (2014)

19. Decision of U.S. v. Morrison, 529 U.S. 598 (2000)

20. Facebook messages showing Minor 1 stating multiple times she is 17.

21. Page 1 of Sixth Circuit Pattern Jury Instructions for §2422(b) trials regardless of what the Court stipulates as to age (18 or 16).

22. Different messages displaying Minor 1 seeking out sexual relations of her own volition with Defendant

23. Decision of U.S. v. Brown, 579 F. 3d 672 (6th Cir. 2009)

24. Decision of U.S. v. Perkins, 850 F. 3d 1109 (9th Cir. 2017)

25. Concurrence of Circuit Judge Eastbrook in U.S. v. Donoho, 76 F. 4th 588 (7th Cir. 2023)

26. Decision of Jones v. U.S., 529 U.S. 848, 120 S. Ct. (2000)

27. Additional Exhibits depending on expert's report and possible subpoena material.

28. Any exhibit available and necessary to contradict what the Government may present.

Wherefore, Defendant presents this list to inform the Court and Government of the exhibits he intends to introduce at trial. Due to lack of postage stamps Kuhl is unable to submit hard copies of exhibits at this time. Defendant also asserts his right to object to any specific exhibits the Government presents to the Court.

Respectfully,

S. Kuhl 6/6/25

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI ~~4939~~ 49349