UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

No. 1:23-cr-44

vs.

SAMUEL ALEXANDER KUHL,

HON. JANE M. BECKERING
United States District Judge

Defendant.
_______________________________________/

**PROPOSED STIPULATIONS OF UNCONTESTED FACTS**

The United States of America, by and through Acting United States Attorney Andrew Byerly Birge, and Assistant United States Attorneys Timothy VerHey and Olivia Kay Ghiselli, have proposed the following stipulations to Defendant, Samuel Kuhl.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: June 12, 2025

*/s/Timothy VerHey*

TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
330 Ionia Ave NW
Grand Rapids, MI 49503

## STIPULATIONS

1. **Government Exhibit 1** is a true and accurate depiction of Defendant, Samuel Alexander Kuhl, and is admissible at trial without additional foundation or authentication required.

2. **Government Exhibit 2**, an iPhone, was manufactured in Zhengzhou, China and is admissible at trial without additional foundation or authentication required.

3. **Government Exhibit 3**, a Samsung cell phone, was manufactured in South Korea and is admissible at trial without additional foundation or authentication required.

4. **Government Exhibit 30** is a true and accurate depiction of the Baymont Inn & Suites receipt from August 24, 2022, and is admissible at trial without additional foundation or authentication required.

5. **Government Exhibits 11 and 12** are summary exhibits and are admissible at trial without additional foundation or authentication require.

6. Defendant's date of birth is December 31, 1991.

7. Michael Polito is an alias used by Defendant, Samuel Alexander Kuhl.

8. The Facebook account under the name "Shane Shane" with account number 100009165769099, as documented in **Government Exhibit 10**, was the personal Facebook account of Defendant, Samuel Alexander Kuhl, from October 1, 2020, until present.

9. Facebook is an internet application.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2025, a copy of United States' Proposed Stipulation was mailed to Defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404