UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_________________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Court Judge

**GOVERNMENT'S VOIR DIRE**

In addition to the questions that the Court intends to ask, the government requests the following inquiries:

THE PARTIES INVOLVED

1. The defendant in this case is Samuel Kuhl. Does anyone know the defendant?

2. Have you ever seen the defendant? If so, when and under what circumstances?

3. The United States is represented by Timothy VerHey and Olivia Ghiselli. Does anyone know Mr. VerHey, Ms. Ghiselli, or any other employee of the United States Attorney's Office for the Western District of Michigan?

4. Do you know anyone who works for this federal court?

5. The investigation in this case was conducted by the FBI, the Michigan State Police, Wyoming (Michigan) Police Department, the Indiana State Police and the

Kalamazoo Department of Public Safety. Does anyone know anyone who works for these organizations?

6. Has anyone had dealings with any of these law enforcement agencies??

7. Do you know or recognize anyone else here who has been summoned for jury duty? If so, who? How do you know them?

<u>BIAS</u>

8. Does anyone have any strong feelings about race that would affect their ability to be a fair and impartial juror?

9. Does anyone have any strong feelings about police officers, one way or the other?

a. Does anyone have any strong feelings about federal law enforcement agencies?

b. Would you be able to set aside any of those feelings and be a fair and impartial juror in this case?

10. There has been substantial media coverage and public attention regarding police in recent years.

a. Have any of you formally or informally joined a related advocacy group or movement, on either side?

b. What group or movement?

c. When?

d. Do you have any close friends or family who have formally or informally joined a related advocacy group or movement?

e. What group or movement?

11. Do any of you have any personal beliefs about police reform?

12. Have you participated in any efforts for police reform or criminal justice reform?

a. What kind?

b. In what capacity?

c. When?

13. Have you or any of your relatives or friends ever been charged with a criminal offense? If so, who?

a. What was the charge?

b. What was the outcome?

c. What was your reaction to this?

d. Can you put aside your feelings about that case and weigh the evidence fairly and impartially in this case?

14. Have you ever been involved in the criminal justice system in any capacity, whether as a victim, witness, or been charged with a crime?

a. If so, what type of experience?

b. When?

c. Where?

d. Were you treated fairly?

e. Did this affect your opinion of the criminal justice system? If so, how?

f. Can you put aside your feelings about that experience and weigh the

evidence fairly and impartially in this case?

15. Have any of you ever had any unpleasant experiences with the police?

16. Do you have strong feelings about the federal government?

a. What are they?

b. Are you able to put them aside and be a fair and impartial juror?

PRIOR JURY SERVICE

17. Have any of you previously served on a jury? If so:

a. Was it for a civil or criminal case?

b. Was it in federal or state court?

c. How long ago?

d. What type of case?

TRIAL SUBJECT MATTER

18. There will be testimony in this trial about child pornography and exploitation. Probably nobody is in favor of child pornography and exploitation, but does anyone have any strong personal beliefs about child pornography and exploitation that would prevent them from being a fair and impartial juror?

19. Does anyone have an objection to a law that says it can be illegal to electronically transmit pornographic videos or photos of children under 18?

20. Parents of teens sometimes have concerns about laws like this. Do you?

21. If you do, does the age of the person who is receiving or requesting this material make a difference?

22. This case also involves a Michigan law that says it is a crime for an adult

to have sex with someone under 16 years old. Do you have concerns about a law like this?

a. Michigan law says that someone under the age is of 16 is incapable of consent. Does anyone disagree with this?

b. Does anyone know someone who was accused of this type of crime?

c. Could you put your personal feelings aside and follow the law anyway?

ROLE OF THE COURT/JUDGMENT/MISCELLANEOUS

23. Do any of you feel you cannot or should not sit in judgment of another person? If so, why?

24. If the evidence in this case shows beyond a reasonable doubt that the defendant committed the charged crime, would any of you be unable to find him guilty? If so, why?

25. This is a criminal case in which the law may require the Court to sentence a defendant found guilty of a crime to imprisonment. Do you understand that if the defendant is convicted, it will be the Court and not the jury who will determine the sentence, and that you should not consider the possible sentence in determining whether the defendant is guilty or not guilty?

26. The Court will give you instructions on the law at the end of all the evidence and argument of counsel and explain the law as it applies to the facts of this case.

a. Does everyone agree to follow these instructions on the law and apply the law to the facts of this case?

b. If not, why?

c. After hearing the Court's instructions, you might personally disagree with them. Does anyone feel unable or unwilling to follow the Court's instructions on the law by putting your own personal beliefs aside?

27. Can you accept that the defendant is at this moment presumed innocent of any crime with which he is charged?

28. Is there anyone who believes that a defendant who takes the stand and testifies must be innocent?

29. Is there anyone who believes that a defendant who does not take the stand and testify must be guilty?

30. In considering your verdict, do you all realize that the term "reasonable doubt," which will be used throughout the course of the trial, does not mean beyond all possible doubt, and that the law does not require a person to be proven guilty to a mathematical certainty?

31. This trial may involve both testimony from witnesses and physical evidence. Do you understand that the law does not make a distinction between testimony from witnesses and physical evidence, and that both are evidence for you to consider?

32. Does anyone have any problem with hearing or eyesight or any other medical problem that would impair your ability to devote your full attention to this trial, which could last several days?

33. Is there anything else we should know about you that might prevent you from being an impartial or suitable juror in this case? If so, what?

34. Do you conscientiously believe that you can render a fair and impartial verdict free from any prejudice or bias for the government or for the defendant?

The prosecution also respectfully requests the opportunity to ask relevant questions prompted by the juror questionnaires.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: June 12, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2025, a copy of United States' Voir Dire was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404