UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Among the motions pending before the Court filed by Defendant Samuel Alexander Kuhl, who is proceeding *pro se* in this criminal case, are two that request issuance of subpoenas related to evidence of the character of the alleged victim in this case (ECF No. 246 and ECF No. 247).[1] Defendant did not provide the requisite *ex parte* application or any subpoenas for the Court to issue. *See* FED. R. CRIM. P. 17(a), (b). It does not appear that Defendant has requested any blank subpoenas, which he would have had to have filled out prior to moving the Court to serve them. Even if the information contained in Defendant's filing was correctly presented to the Court—in the form of subpoenas as to which Defendant was seeking to have the Court serve—the identity and locations of many of the witnesses mentioned in the filings are too difficult to discern and the scope of many of Defendant's requests is too wide to entitle him to the relief he seeks. *See* FED. R. CRIM. P. 17(b) ("the court must order that a subpoena be issued for a *named* witness") (emphasis added); *United States v. Rogers*, 768 F.3d 373, 379 (6th Cir. 2014) (a district court has "wide

[1] Defendant also requests, in the alternative, that the Court compel the government to disclose the information he seeks, but Defendant makes no discernable representations that he sought to obtain the information from the government.

discretion" to deny a motion for subpoenas that contain "broad, nonspecific statements about [] witnesses and their usefulness"); *cf. Bowman Dairy Co. v. United States*, 341 U.S. 214, 220 ("Rule 17(c) was not intended to provide an additional means of discovery").

**IT IS HEREBY ORDERED** that Defendant's motions appearing on the record at ECF No. 246 and ECF No. 247 are DENIED.

Dated: June 16, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge