UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 13, 2025 1:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:MG SCANNED BY: JW / 6-13

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
Hon. Jane M. Beckering

MOTION TO REQUEST CORRECTION
AND PRESERVATION OF RECORDS

Defendant now comes before this Honorable Court to address discrepancies and omissions within the transcript of the April 29, 2025 hearing (ECF No. 177 at PageID. 1352). Specifically, this section omits that the Honorable Ray Kent specifically asks Mr. Graham if there are any speedy trial issues, the Court does not ask the question without referring it to Mr. Graham directly as the transcript misleadingly shows.

A discrepany also exists in Defendant's dialogue on Page ID. 1365 when addressing the Wyoming PD prepared by April Kroschel. This may seem petty, so to say, but these transcripts are the only record of what transpires in the courtroom and it is extremely important to Defendant that the record be correct.

For this reason, Mr. Kuhl requests that the errors be corrected and any audio recordings of the hearings within this case be preserved. If audio record is not made, Mr. Kuhl specifically requests that

all future hearings be audio recorded and preserved for the record.

Respectfully,

S. Kuhl 6/10/25

S. Kuhl 61189510

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
11 JUN 2025 PM 6 L




THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399