UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 13, 2025 1:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:MG SCANNED BY: JW / 6-13

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
Hon. Jane M. Beckering

# SUBPOENA

Defendant now comes before the Court requesting that the Court issue subpoenas on the following individuals to testify at trial on 6/24/25. This request is made pursuant to Fed. R. Crim. P. 17, as well as the Confrontation and Compulsory Clauses of the Sixth Amendment.

1. MSP Detective/Trooper Colin Gensterblum.
2. MSP Detective/Trooper Brian Kastelic
3. FBI Special Agent Jeff Buttery
4. Sergeant Rob Meredith of ICAC/CCU
5. KDPS / FBI Task Force Officer Johnathan Stolsonberg

6. Detective April Kroeschel of Wyoming City Police

7. LaToya Luckett-Williams

8. Aleeya Luckett-Williams

9. David James Kuhl at 613 Dwight Ave. Kalamazoo, MI 49048

10. Daniel Stafford incarcerated at the Calhoun County Jail

11. Kuhl is currently investigating other possible witnesses which he will infor the Court and Government of before trial.

12. Wyoming PD officers Dylan Pfingsten, Quinton Bernard, and Jack Tromp.

Respectfully,

D. Kuhl 6/10/25

S. Kuhl 61189510

S. Kuhl 6H89510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
11 JUN 2025 PM 6 L




THIS MAIL HAS ORIGINATED FROM THE NEWAYGO COUNTY JAIL

U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399