UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 13, 2025 1:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:MG SCANNED BY: JW / 6-13

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
Hon. Jane M. Beckering

# DEFENDANT'S ADDITIONAL EXHIBITS

1. Chain of Custody Report for Wyoming PD case no. 22-30712
2. CCU Report no. 2980-22
3. MSP Full Incident Property Report Case no. FIT-0000091-22.
4. MSP Full Incident Property Report Case no. FIT-0000087-22
5. Wyoming PD Police Report case no. 22-30712
6. Photos of Marijuana seized from vehicle by Wyoming PD on 10/13/22
7. Body cams and vehicle cams' footage from Wyoming PD 10/13/22 traffic stop.

Respectfully, S. Kuhl 6/10/25
S. Kuhl 6118951

S. Kuhl 6H89510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
11 JUN 2025 PM 6 L




THIS MAIL HAS ORIGINATED FROM THE NEWAYGO COUNTY JAIL

U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399