UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 20, 2025, a copy of United States' Proposed Forfeiture Jury Instructions was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

Respectfully submitted,

ALEXIS M. SANFORD
Acting United States Attorney

Date: June 20, 2025

*/s/ Olivia Kay Ghiselli*

OLIVIA KAY GHISELLI
TIMOTHY VERHEY
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404