UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________________/

Case No. 1:23-cr-44

Hon. Jane M. Beckering

**ORDER**

Defendant filed a pro se Motion to Dismiss Superseding Indictment (ECF No. 208). The Trial Judge construed a portion of that motion (PageID. 1758-64), as one seeking discovery sanctions under Fed. R. Crim. P. 16 and referred that portion of the motion to me for decision (PageID. 1863).

After reviewing the motion, I ordered the Government to file a response by June 17, 2025 (ECF No. 226). The Government failed to comply with my order. Upon due consideration, the defendant's motion is **GRANTED**, **in part**. The Government is prohibited from presenting at trial any evidence that has not been disclosed to Defendant that is subject to disclosure under Fed. R. Crim. P. 16.

**IT IS SO ORDERED.**

Dated: June 20, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge