UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_____________________________________/

No. 1:23-cr-044

HON. JANE M. BECKERING
United States District Judge

**PROPOSED JURY VERDICT FORM**

The government submits for the Court's consideration the attached proposed jury verdict form.

Respectfully submitted,

ALEXIS M. SANFORD
Acting United States Attorney

Dated: June 23, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
__________________________________/

No. 1:23-cr-044

HON. JANE M. BECKERING
United States District Judge

**JURY VERDICT FORM**

We, the members of the jury, find as follows:

**Question 1.** With respect to the charge in Count 1 of the Superseding Indictment, sexual exploitation of a minor, we find the defendant Samuel Alexander Kuhl:

Not Guilty ________ Guilty ________

- If you answered "guilty" in response to Question 1, proceed to Question 1A.
- If you answered "not guilty" to Question 1, proceed to Question 2.

**Question 1A**. In finding the defendant guilty of this charge, we have unanimously agreed that the following images constitute images of sexually explicit conduct (mark all that apply).

Exhibit 20 (October 27, 2021 video) ☐
Exhibit 21 (May 19, 2022 video) ☐
Exhibit 22 (May 27, 2022 video) ☐
Exhibit 23 (August 22, 2022 video) ☐

**Question 2.** With respect to the charge in Count 2 of the Superseding Indictment, coercion and enticement, and attempted coercion and enticement, we find the defendant Samual Alexander Kuhl:

Not Guilty ________ Guilty ________

- Only if you answered "guilty" in response to Question 2, proceed to Question 2A.

**Question 2A**. In finding the defendant guilty of this charge, we have unanimously agreed that the following dates represent incidents where the defendant persuaded, induced, enticed or coerced S.D. to engage in illegal sexual activity (mark all that apply):

On or about June 1, 2021 (referred to in Exhibit 11, pages 42-44) ☐
On or about August 24, 2022 (referred to in Exhibit 30) ☐

______________________________ ______________________________
Date JURY FOREPERSON