UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Pending before the Court in this criminal case is Defendant Samuel Alexander Kuhl's motion entitled "Motion to Return Property 41(g)" (ECF No. 230). The government has filed a response in opposition (ECF No. 268), arguing that the motion should be denied because Defendant "is incorrect" when he states that any criminal investigation related to the property at issue has been closed. Accordingly, and consistent with the Court's prior ruling on other iterations of Defendant's argument, *see* ECF No. 224 (citing *Savoy v. United States*, 604 F.3d 929, 932–33 (6th Cir. 2010)), Defendant's motion (ECF No. 230) is properly DENIED.

**IT IS SO ORDERED**.

Dated: June 23, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge