UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Pending before the Court are three motions filed *pro se* by Defendant Samuel Alexander Kuhl. ECF No. 275 is a motion for leave to untimely file the attached proposed motion, ECF No. 275-1, wherein Defendant requests that he be provided with, and the jury be presented with, messages containing emojis. During trial, the motion for leave to file (ECF No. 275) was GRANTED and the attached proposed motion (ECF No. 275-1) was GRANTED to the extent stated by the Court on the record. ECF No. 276 is a motion for leave to file a brief incorporated into the motion, wherein Defendant requests permission to present expert witness testimony. During trial, the motion for leave to file (ECF No. 276) and the relief requested in the incorporated brief was GRANTED to the extent stated by the Court on the record. ECF No. 280 is a motion to amend the proposed jury instructions. Consistent with the Court's rulings on the record at the charging conference, the motion (ECF No. 280) is DENIED. This Order accordingly resolves the foregoing motions, consistent with the rulings on the record.

**IT IS SO ORDERED**.

Dated: June 26, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge