UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | November 13, 2025 10:00 AM |
| District Judge: | Jane M. Beckering |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

JANE M. BECKERING
United States District Judge

Dated: June 27, 2025

By: /s/ Rick M. Wolters
Case Manager