UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Defendant having been found guilty by a jury as to Counts One and Two of the Superseding Indictment (*see* ECF Nos. 285 & 286) and the matter of forfeiture having yet to be determined:

**IT IS HEREBY ORDERED** that the parties shall, not later than July 14, 2025, request a hearing, if any.

**IT IS FURTHER ORDERED** that in the event no request is made by the above deadline, the Court will make a determination based on the evidence already in the record pursuant to Fed. R. Crim. P. 32.2(b)(1)(B).

Dated: June 30, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge