FILED - GR
July 2, 2025 11:47 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns SCANNED BY: ns 7/2/25

*EXPEDITED*

USA

v.

SAMUEL ALEXANDER KUHL

Case No. 1:23-cr-44

Hon. Jane M. Beckering

*EXPEDITED CONSIDERATION REQUESTED*

MOTION TO APPOINT COUNSEL AND EXTEND DEADLINE UNDER Fed. R. Crim. P. 33

Defendant comes to request representation by counsel, not Scott Graham, and extension of the 14 day deadline under Federal Rule of Criminal Procedure 33 to review the entirety of this case and file any proper post-verdict motions. This also includes any motion under Rule 34 or other appropriate lawful authority.

Kuhl requests the immediate appointment of counsel and stay of the deadlines.

Respectfully,
S. Kuhl 6/27/25
S. Kuhl 61189510
1035 James
P.O. Box 845

S. Kuhl 61189[illegible]
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
30 JUN 2025 PM 3 L

Dog Bite Awareness
#DogBiteAwareness




U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

FROM THE NEWAYGO CO[illegible]
THIS MAIL HAS ORIGINATED

49503-236399