UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

This matter is before the Court on the government's "Motion for Leave to File Consolidated Response" (ECF No. 307), seeking to extend the deadline to file a consolidated response to Defendant's pending motions. The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the "Motion for Leave to File Consolidated Response" (ECF No. 307) is GRANTED. The government shall, not later than September 8, 2025, file a consolidated response to Defendant's pending motions (ECF Nos. 298–301, & 305) and any additional motions filed by Defendant on or before August 11, 2025.

Dated: July 31, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge