UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-00044

Hon. Jane M. Beckering
United States District Judge

**ORDER**

Defendant's Motion to Appoint Counsel (ECF No. 310), has been referred to me for decision. The motion is opposed (ECF No. 313). I denied Defendant's previous Motion to Appoint Counsel (ECF No. 289). In my order denying the motion, I noted that the "Court has already appointed three different lawyers to represent Defendant. He has expressed dissatisfaction with each of them" (ECF No. 297). Each one of those lawyers is more than competent, and very experienced in criminal defense, having handled many cases in this Court. I have no reason to believe that the Defendant is any more likely to find effective or take the advice of a fourth lawyer than he was the first three. Defendant's choice remains the same, "continue *pro se* or . . . ask his current stand-by Counsel to take over" (PageID.2547). Thus, his motion is again **DENIED**.

Defendant also "requests a second extension of the post-verdict motion deadline . . ." (PageID.2659). Defendant has already filed five other post-trial motions, totaling more than 40 pages, seeking relief from the jury's verdict and laying out in detail his claims of ineffective

assistance and other perceived errors. Moreover, to the extent that Defendant claims his conviction was the result of ineffective assistance by his stand-by Counsel or his previous counsel, Defendant can bring those claims in a timely filed motion under 28 U.S.C. § 2255. Thus, Defendant's request for more time is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: August 11, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge