UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-00044

Hon. Jane M. Beckering
United States District Judge

______________________________________/

**ORDER**

Pending before the Court is Defendant's Motion for Leave to File Reply Brief (ECF No. 323). Having already ruled on Defendant's Motion to Appoint Counsel (ECF No. 316) the Court **DENIES** this motion as moot.

**IT IS SO ORDERED.**

Dated: August 15, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge