UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

Hon. JANE M. BECKERING
United States District Judge

**GOVERNMENT'S MOTION TO ADJOURN SENTENCING**

The United States respectfully moves this Honorable Court to adjourn the sentencing in this matter currently scheduled for November 13, 2025, at 10:00 A.M.

The undersigned attorney for the United States is unavailable, and requests that this Court reschedule the sentencing of Defendant to a date following November 17. The United States anticipates the sentencing will be contested. Having an attorney of record from the jury trial present at sentencing is likely to provide additional clarity on any issues raised before the Court.

An adjournment of the sentencing date will not frustrate or unnecessarily delay the administration of justice. Defendant was found guilty at a trial by jury and all that remains is the imposition of the sentence. Neither the Speedy Trial Act, 18 U.S.C. § 3161 et. seq, nor the Sixth Amendment right to a speedy trial is implicated by a delay in sentencing. *Betterman v. Montana*, 578 U.S. 437 (2016).

The United States has consulted with standby counsel and United States Probation regarding this motion; the motion is unopposed. Standby counsel has

indicated that he is available between November 17 and the end of calendar year 2025. Probation has noted conflicts the week of November 24 and on the date of December 11, 2025.

The United States respectfully requests this Honorable Court to grant its motion and adjourn the sentencing to sometime after November 17, 2025.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: August 21, 2025

*/s/ Olivia Kay Ghiselli*
OLIVIA KAY GHISELLI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 21, 2025, a copy of the Government's Motion to Adjourn Sentencing was mailed to Defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Olivia Kay Ghiselli*
OLIVIA KAY GHISELLI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404