UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

No. 1:23-CR-44

Hon. Jane M. Beckering
U.S. District Judge

_____________________________________/

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on June 27, 2025, a jury found Defendant Samuel Alexander Kuhl guilty of Counts 1-2 of the Superseding Indictment. Count 1 charges the Defendant with sexual exploitation of a minor in violation of 18 U.S.C. § 2251(a) and (e). Count 2 charges the Defendant with coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b);

WHEREAS, during trial, through standby counsel, the Defendant waived his right for the jury to determine forfeiture, and instead requested that the Court determine forfeiture of the following property, listed in the Forfeiture Allegation of the Superseding Indictment: a Samsung Model SM-S901U1 with Factory # R3CT30LK50N and an iPhone Model A2342 with serial number F2LFVK860D46 (hereinafter the "Subject Property");[1]

[1] The Superseding Indictment lists the iPhone Model as D54pAP. FBI has since advised the Model should be corrected to A2342.

WHEREAS, after the jury returned its guilty verdict, the Court issued an order setting a deadline of July 14, 2025 for the parties to request a hearing on forfeiture (R.288, PageID.2413 ("In the even no request is made by the above deadline, the Court will make a determination based on the evidence already in the record pursuant to Fed. R. Crim. 32.2(b)(1)(B).")); and

WHEREAS, after receiving no request for a forfeiture hearing by the deadline, the Court issued a memorandum opinion and order, concluding that the evidence at trial established the Subject Property was used to commit and/or promote or facilitate the commission of the offenses of conviction, the Defendant had an interest in the Subject Property, and the government established the requisite nexus between the same the violations of 18 U.S.C. § 2251(a), (e), 18 U.S.C. § 2422(b) (R.326, PageID.3526-3530).

Accordingly, IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 2253 and 18 U.S.C. § 2428, the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation and/or its designee seize the Subject Property and dispose of the same in accordance with applicable law and regulations.

IT IS FURTHER ORDERED that notice of this forfeiture shall be published in accordance with 21 U.S.C. § 853(n)(1).

IT IS FURTHER ORDERED that any third party wishing to assert an interest in the Subject Property must petition the Court in accordance with 21 U.S.C. § 853(n)(2) and (3).

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), this Order of Forfeiture shall become final as to Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

Dated:_______________

_____________________________
JANE M. BECKERING
United States District Judge