FILED - GR
August 25, 2025 2:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM SCANNED BY: KD 8-25

U.S. District Court

UNITED STATES OF AMERICA,
Plaintiff,

Case No. 1:23-cr-44

v.

SAMUEL ALEXANDER KUHL,
Defendant.

# MOTION TO SUCCUMB TO CONSPIRACY AND COLLUSION

I've told Mr. Graham via text twice now to take over this case and called his secretary personally on 8/14/25. I text Mr. Graham as early as 8/11/25. Clearly he doesn't even want to represent me. I have no choice to succumb to the collusion between all of you, so put Mr. Graham as counsel. I waive my appearance at sentencing. Send your best assassin.

S. Kuhl 8/12/25
S. Kuhl 61189510

Samuel Alexander Kuhl #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
21 AUG 2025 PM 6 L




"This mail has originated from
the Newaygo County Jail"

U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-238399