FILED - GR
August 27, 2025 12:44 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM SCANNED BY: JM / 8/27

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 1:23-cr-44

SAMUEL ALEXANDER KUHL,

Defendant.

# MOTION TO PRESERVE EVIDENCE

Defendant now comes before the Court requesting that the Government be ordered to preserve the iPhone 12 Pro Max seized from Indiana and the Samsung S22 seized from Wyoming PD. Both phones contain evidence, specifically videos, underlying Kuhl's conviction on Count 1.

It is imperative that these phones and their data be preserved in order to allow Kuhl to substantially argue actual innocence, as to Count 1, in any post-conviction proceeding.

The specific details that may only be obtained upon preservation are: 1) The date and time the videos were actually produced; 2) the date and time the videos were first opened/played; 3) Any time the videos may have been played subsequent to their initial viewing.

The information of ground 1 above will prove that some, if not all, of the videos were produced at a time preceding their sending to Defendant that is so substantial it negates the requisite proof that S.D. created and sent these videos upon Kuhl's request.

As to ground 2 above, this may stand to negate Kuhl's purpose and knowledge that such videos be produced and sent. For example, if a video is sent at 1PM, but not opened or viewed until 2PM, this creates a strong inference that Kuhl did not expect and know that such video was even being sent. Indeed, if Kuhl had expected such video be sent, he would have viewed it very closely to the time it was sent.

For ground 3, this information will show a lack of interest in the videos. This also stands to support Defendant's defense he was not interested in such depictions, and thus did not ask or direct that they be sent.

Wherefore, Defendant requests the preservation of the 2 cellphones mentioned until all post-conviction remedies have been exhausted.

Respectfully,

[signature] 8/21/2025

Samuel Alexander Kuhl #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
25 AUG 2025 PM 6 L




"This mail has originated from
the Newaygo County Jail"

U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399