FILED - GR
September 4, 2025 12:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM SCANNED BY: [signature] / 9/4

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44
Hon. Jane M. Beckering

MOTION TO CORRECT/MODIFY THE RECORD

Defendant now moves the Court to correct certain portions of the transcripts of proceedings in this case because they do not truly disclose what occurred. Defendant brings this motion under Fed. R. App. P. 10(e)(1) & (2).

The following excerpts pertaining to the identifed transcript should be corrected.

1. Transcript of the June 5, 2025 hearing (ECF No. 296 at PageID. 2540), page 38 line 16 "he hadn't even wanted to file a suppression motion." should be changed to "he had even wanted...."

[redacted]

Respectfully,
[signature] 8/30/25
S. Kuhl 61189510

S. Kuhl Cell 89
1035 James P.O. Box 845
White Cloud, MI 49349

"This mail has originated from the Newaygo County Jail"

GRAND RAPIDS MI 493
2 SEP 2025 PM 6 L




U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-235399