UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is the government's Motion to Adjourn Sentencing (ECF No. 328), seeking to adjourn the November 13, 2025 sentencing hearing to a date after November 17. No response to the motion was filed. The Court having reviewed the request:

**IT IS HEREBY ORDERED** that the Motion to Adjourn Sentencing (ECF No. 328) is GRANTED.

**IT IS FURTHER ORDERED** that additional requests to adjourn or reschedule the hearing will not be favored.

A notice will issue rescheduling the November 13, 2025 hearing.

Dated: September 11, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge