UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23−cr−00044−JMB

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
________________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | November 19, 2025 10:00 AM<br>*(previously set for 11/13/2025 at 10:00 AM*) |
| District Judge: | Jane M. Beckering |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

JANE M. BECKERING
United States District Judge

Dated: September 11, 2025

By: /s/ Rick M. Wolters
Case Manager