FILED - GR
September 17, 2025 12:46 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: dw / 9-17

UNITED STATES OF AMERICA,

v. Case No. 1:23-cr-44

SAMUEL ALEXANDER KUHL.

MOTION FOR TAKEOVER

Defendant comes now pondering whether everyone has suddenly gone deaf, dumb, stupid, or blind; Kuhl already sent a motion saying for Mr. Graham to take over representation. Kuhl is no longer pro se, and will be, and does now, voluntarily waiving his appearance at sentencing under Fed. Rule Crim. Pr. 43(c)(1)(B). If that is not CLEAR, in other words, Kuhl WILL NOT BE COMING TO SENTENCING based on his own decision you people do as you wish. This in no way stops or hinders sentencing as Kuhl has nothing to say, no allocution to present.

S. Kuhl 9/15/2025

S. Kuhl 61189510

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
15 SEP 2025 PM 4 L




"This mail has originated from the Newaygo County Jail"

U.S. Dist. Court
399 Fed. Bldg
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399