UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

______________________________________/

Case No. 1:23-cr-00044

Hon. Jane M. Beckering
United States District Judge

**ORDER**

Defendant's *Motion to Appoint New Counsel* (ECF No. 337), was referred to the undersigned for decision. In that motion, Defendant sought replacement of his present stand-by counsel, Scott Graham.

Before the Court could issue a ruling on that motion, Defendant filed another motion captioned "*Motion for Takeover*" (ECF No. 345). That motion was also referred to the undersigned for decision. In the second motion, Defendant waived his right to self-representation and requested that Mr. Graham actively assume his representation.

Upon due consideration, the *Motion for Takeover* is **GRANTED**. Mr. Graham is ordered to take over the representation of Defendant through sentencing. He is further ordered to perfect Defendant's appeal and file his appearance in the Sixth Circuit Court of Appeals as required by that Court's Criminal Justice Act Plan. If he so chooses, Mr. Graham is thereafter free to file a motion to withdraw as counsel for Defendant in the Sixth Circuit as provided by the rules of that Court.

Since the relief sought in the *Motion for Takeover* is contrary to and superseded by Defendant's request for relief in the *Motion to Appoint New Counsel*, that motion (ECF No. 337), is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: September 19, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge