FILED - GR
September 22, 2025 2:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 9-22

UNITED STATES OF AMERICA,

v. Case No. 1:23-cr-44

SAMUEL ALEXANDER KUHL.

# MOTION REQUESTING RECORDS

Defendant now comes forth to complain of the government and FBI's failure to respond to a request for records concerning Defendant approximately 3 ½ months ago pursuant to 5 U.S.C. §§552 and 552a. Defendant sent this request to the FBI Field Office/Location at 950 Trade Centre Way #215 Portage, MI 49002.

Accordingly, Defendant is bringing this before the Court in this case as the records relate to this criminal case and property sought to be returned. To avoid having a complaint deemed ~~malise~~ malicious, Defendant asks this Court to exercise its duty and jurisdiction to look into this matter and order the records be provided to him that he has requested. No fees should be assessed for these records under 5 U.S.C. §552(a)(4)(A)(viii). Indeed, this Court has jurisdiction under 5 U.S.C. §552(a)(4)(B).

Respectfully,

S. Kuhl 61189510

S. Kuhl 9/16/2025

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
18 SEP 2025 PM 5 L




"This mail has originated from the Newaygo County Jail"

U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399