UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is Defendant's *pro se* Motion Requesting Records (ECF No. 348). The Court, having examined the filing, finds that the motion should be stricken from the record as Defendant is represented by counsel and the filing was entered after Scott Graham was ordered to take over the representation of Defendant (*see* ECF No. 347). All filings should be submitted to this Court through counsel of record. Accordingly:

**IT IS HEREBY ORDERED** that Defendant's *pro se* Motion Requesting Records (ECF No. 348) is STRICKEN.

Dated: September 24, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge