FILED - GR
September 29, 2025 3:16 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: [handwritten initials] / 9/30

USA

v. Case No. 1:23-cr44

SAMUEL ALEXANDER KUHL

# OBJECTION & MOTION FOR NEW COUNSEL

I'm tired of yall playing slick ass games with me on my case, my suits, my mail; ALL OF IT! YOU KEEP ON PLAYING GO HEAD!

ECF No. 347 is a maintfest miscarriage of justice. But you people don't care about justice, YOU MOCK AND MANIPULATE IT! Decide on my motion for new counsel and stop playing! MY MOTION IS NOT SUPERSEDED OR MOOT! I NEED AND WANT DIFFERENT COUNSEL THAT IS NOT YOUR PET AND PARTNER AND ACTUALLY CARES ENOUGH TO LOOK INTO MY CASE! NOT GRAHAM! PAGEID 3635 is wrong that my MOTION SOUGHT REPLACEMENT OF STANDBY COUNSEL! My Motion sought appointment of new full representation counsel so I did not have to be pro se (ECF No. 337). You PEOPLE wait to rule on it then try to say oh now its moot! Well

NOW I MOVE FOR NEW COUNSEL CAUSE IT AINT GONNA WORK WITH MR. GRAHAM WHO DOES NOT GIVE A FUCK ABOUT ME OR MY CASE! ITs no point bringing it to any of yall either because yall don't give a fuck just the same!

APPOINT NEW COUNSEL

ARE U DEAF, DUMB, OR BLIND?

NO ENGLISH?

YO QUIERO NADA REPRESENTACIÓN SIGÑOR GRAHAM! YO MENESTER ABOGADO De ~~la~~ SUBSTITUCIÓN!

ECF No. 347 at PageID 3635 orders Graham to perfect my appeal and I do not agree, want, or consent to Graham doing anything as to my appeal! I NEED NEW COUNSEL TO REPRESENT ME!

S. Kuhl 9/24/2025
S. Kuhl 61189510

S. Kuhl 61189560
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
25 SEP 2025 PM 6 L

"This mail has originated from
the Newaygo County Jail"




U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids MI 49503

LEGAL MAIL

49503-236399