UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23-cr-00044

Hon. Jane M. Beckering
United States District Judge

**ORDER**

Defendant's most recent Motion to appoint counsel (ECF No. 351), has been referred to me for decision. Upon due consideration, and for reasons given in my previous denials of the earlier motions, (*see* ECF No. 297, 316 and 347), the motion is DENIED.

**IT IS SO ORDERED.**

Dated: October 6, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge