UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**ORDER**

On October 14, 2025, the Court entered an Order (ECF No. 356) granting Defendant leave to file his overlength motion for new trial (ECF Nos. 301, 301−1, 357). The Court ordered the government to respond to Defendant's motion not later than October 28, 2025. The Court hereby orders that the government also respond to Defendant's motion to preserve evidence (ECF No. 335), and the government is granted leave to combine its briefing addressing ECF Nos. 357 and 335 into a single response document at its option.

IT IS SO ORDERED.

Dated: October 16, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge