UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

Case No. 1:23-cr-44

HON. JANE M. BECKERING

**ORDER**

This matter is before the Court on the government's Motion for Leave to File Under Restricted Access (ECF No. 366), seeking leave to file the proposed restricted access sentencing memorandum (ECF No. 368). The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Motion for Leave to File Under Restricted Access (ECF No. 366) is GRANTED. The sentencing memorandum (ECF No. 368) is accepted as filed under restricted access, with access limited to only the Court, counsel of record for Defendant, and the United States Attorney.

Dated: November 5, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge